410 F.Supp. 770 (1975)
A. C. SHERRILL, Plaintiff,
and
Robert H. Costner et al., Plaintiff-Intervenors,
v.
J. P. STEVENS AND COMPANY, INC., Defendant.
Civ. A. No. C-C-73-12.
United States District Court, W. D. North Carolina, Charlotte Division.
November 11, 1975.
*771 *772 *773 J. LeVonne Chambers, Charlotte, N. C. (Chambers, Stein, Ferguson & Becton, Charlotte, N. C.), for plaintiff and plaintiff-intervenors.
Brown Hill Boswell, Charlotte, N. C. (Blakeney, Alexander & Machen, Charlotte, *774 N. C.), for defendant J. P. Stevens and Co., Inc.

FINDINGS OF FACT AND CONCLUSIONS OF LAW
McMILLAN, District Judge.
This proceeding was filed on January 29, 1973, by plaintiff A. C. Sherrill, who alleged that J. P. Stevens and Company, Inc., at its Stanley, North Carolina facility, (hereinafter referred to as "the Company"), as followed and is presently following patterns and practices of discrimination against black employees because of race in initial hiring, job assignments, promotions, wages and other terms and conditions of employment. The plaintiff further alleged that the Company had limited him in job assignments, had denied him promotion in supervisory positions because of his race and had harassed, intimidated and forced him to leave his employment because of his efforts to challenge the Company's racially discriminatory practices. Jurisdiction of the Court was invoked pursuant to 28 U.S.C. § 1343, Title VII of the Civil Rights Act of 1964 as amended 42 U.S.C. §§ 2000e et seq. and 42 U.S.C. § 1981.
Robert H. Costner, Robert Lee Brooks and Paul McLean, employees and former black employees, were allowed to intervene as plaintiffs on October 1, 1973. Costner, Brooks and McLean alleged that they had similarly been affected by the Company's racially discriminatory practices.
The plaintiff prayed leave to maintain the action as a class action pursuant to Rule 23(a), (b)(2) of the Federal Rules of Civil Procedure. The Court has certified the action as a class action, consisting of all black applicants for employment, black employees and former black employees who, since July 2, 1965, have been and who continue to be affected by the Company's racially discriminatory employment practices. The class was further subdivided into (a) black employees hired before July 2, 1965, who continued in employment subsequent to July 2, 1965; (b) black employees hired subsequent to July 2, 1965, who have continued to be assigned to job positions in the warehouse or shipping department; (c) black employees, initially assigned to the warehouse, who have been permitted to transfer to production jobs but were required to start a new seniority date; and (d) black employees who were initially assigned to production jobs at any time subsequent to July 2, 1965, who have been or may be affected by defendant's racially discriminatory employment practices.
The Company has denied the material allegations of the complaint. The Court conducted hearings in this matter, without a jury, on August 28-30, 1974. The Court left the record open for receipt of such additional information as the parties desired to present. By Order of December 19, 1974, the parties were directed to complete discovery and to file all briefs and additional evidence which they thought appropriate by February 18, 1975. The Court has now received the oral testimony, depositions and exhibits of the parties as well as briefs in support of their various positions. On the basis of the foregoing, the Court makes the following findings of fact and conclusions of law.

FINDINGS OF FACT

I. Organization of the Company.

1. The Company manufactures synthetic yarn at its Stanley facilities. The operation is divided into three plants, a shop or maintenance department, office and clerical personnel, and warehouse facilities or shipping and receiving.
2. Plants 1 (sometimes referred to as Spin 1) and 2 (or Spin 2) manufacture synthetic yarn and limited natural yarn. The third plant (Turbo) manufactures orlon yarn exclusively. Each plant is divided into four departments: carding, drawing and roving, winding and spinning. The production job positions with the highest potential pay are winding and spinning doffers and roving tenders.
3. As of the date of the trial, the Company had approximately 500 employees *775 in production, maintenance and shipping, approximately 35 or 40 of whom were black. The Company has approximately 65 supervisors in production, including the plant manager, the plant supervisor, overseers, foremen and section-men. All of the supervisors, except the assistant supervisor, John Jeffers, in the warehouse, are white. Jeffers was made an assistant supervisor in the warehouse in 1967.
4. The Stanley facilities are part of the southern-based operations of the Company which has its principal offices in New York. Regional offices are also maintained in Greensboro, North Carolina and Greenville, South Carolina to service the Stanley plants.

II. Historical hiring and promotional practices of the Company.

5. Prior to the effective date of the Civil Rights Act of 1964, July 2, 1965, basically all black employees at the Stanley facilities were hired into the warehouse as either laborers, lift truck operators, or switchers. All white employees were hired into the plant, the shop, the office or clerical positions. As of July 2, 1965, two black employees, Thomas McCorkle and Miles Lucky, had been transferred from the warehouse into the plant in the carding room; one or two black employees had been assigned to janitorial positions in the plant. All other black employees where in the warehouse.
6. After July 2, 1965, the Company hired the first black females. Maggie Brown and Daisy Floyd, both hired on December 13, 1965, were assigned positions in the winding department in Plant 1. Subsequently, 6 or 7 other black males were transferred from the warehouse into production jobs. The majority of the black employees in any department or plant, as of the date of trial, were still assigned as laborers in the warehouse.
7. Employees are assigned seniority or length of service dates from the date of entry into particular departments. The Company also utilizes company or total seniority for insurance purposes and certain other fringe benefits. Departmental seniority or departmental length of service is used for purposes of promotions (see paragraphs 11-13 infra), layoffs and bidding on shifts. Thus, an employee with the greatest length of departmental service will have preference over other employees for promotions within the departments and for bidding on shift preference.
8. Employees who transfer between departments are not permitted to carry over their seniority from one department to another. Separate seniority rosters are accordingly maintained for Plants 1, 2 and Turbo; warehouse or shipping and receiving; and shop or maintenance.
9. Seniority is not a factor among the salaried and supervisory personnel, except as it may be considered by the Company in promotions.
10. The black employees who were allowed to transfer from the warehouse to production or other positions in the plant or shop were required to start new seniority dates in their new departments and lost, for promotion and shift bidding purposes, all seniority accrued prior to the date of transfer.
11. Lines of progression are not maintained for production jobs. Employees have been allowed to move from one job position to another and new employees are hired into the various jobs with no prior training or experience. For promotions to supervisory positions, however, the Company does consider the prior work experience of employees. The Company maintains that employees are promoted to supervisory positions or are assigned to various supervisory jobs based on qualifications and seniority. Employees are first considered for promotion to higher paying positions based on seniority. If the most senior employee does not desire the position or if he is determined by the Company to be unqualified, the position is assigned to the next most senior employee who is determined by the Company to be qualified. If no qualified employee desires the position, the Company hires new employees.
*776 12. Prior to 1970, the Company posted job vacancies but has now discontinued the practice.
13. In determining qualifications, the Company looks at the work experience of employees in the particular department. No tests or other objective factors are used. The Company relies instead on the opinions and discretion of supervisory personnel and production records. Generally in promotions to supervisory positions the Company considers employees who have worked on various machines, such as spinning doffers, card and roving tenders, oil and tape men, over-haulers, fixers, shop and maintenance men. There are no objective factors in job experience for determining who is more qualified. This is simply left to the opinion of management. Women are not considered for promotion to supervisory positions because the Company feels that the various lifting requirements of the job would be too much for women. No objective evaluations have been made of the positions, however, to determine that all women or substantially all women should be excluded. At least, the Company has not submitted any evidence of such studies or evaluations.
14. Management at Stanley has also selected some employees for training for supervisory positions. This procedure is in addition to the trainee program administered by the Greensboro regional office for prospective supervisory personnel. In selecting supervisory people, the Company also considers training courses or schools which employees might attend. For this purpose, the Company offers a supplement or refund to employees who attend certain schools or who take certain designated courses.
15. With the exception of the black assistant supervisor promoted in 1967, the Company has never hired or promoted a black to a supervisory position, nor has a black been selected to participate in the supervisory trainee program administered by the Greensboro regional office, or the selective program provided for some employees by management at Stanley. Two blacks, William and Miles Lucky, were offered supervisory positions in 1971, after plaintiff Sherrill had complained about the Company's racially discriminatory practices and had filed a charge with the Equal Employment Opportunity Commission (EEOC) because he had been denied a supervisory job. Troy Gardner and Thomas McCorkle, both black, were also offered supervisory positions in 1973 after this proceeding was filed. Subsequent offers were also made to William and Miles Lucky. Both rejected the offers because they did not desire a cut in salary and because they did not feel educationally qualified. Gardner rejected the offer for the same reasons. McCorkle had been denied the position while working with the Company. He was offered the position after assuming employment with another company.
16. No black employee has ever been hired or promoted to an office or salaried position.
17. The first black was transferred to a maintenance position in 1974, after this action was filed.
18. With black employees still concentrated primarily in the warehouse, the Company continues its practices of departmental seniority. Black employees who desire a better job position must relinquish all accrued departmental seniority and start a new seniority date in the production departments or in the shop or maintenance departments.
19. The Company provides no security, for example, "red circling", in salary for employees who transfer to positions which pay less than what the employee earned in the old department.
20. Transferring employees are required to begin, because of the lack of seniority in the new department, on the least desirable shift.
21. Because the Company no longer posts vacancies, employees are unable to learn of new or open positions except *777 through friends. This poses an extremely difficult problem for black employees who generally are assigned to nonproduction jobs and do not learn of the vacancies until the positions are filled.
22. As of February 25, 1974, the work force by race, plant and department date, was as shown on Plaintiffs' Exhibit 14 which is attached hereto and incorporated herein.

III. The Plaintiffs.

23. A. Plaintiff Sherrill was initially hired by the Company in 1967 as a spinning doffer. He worked for approximately six (6) months, left the Company and returned in 1968. He was again assigned to the position of spinning doffer. Beginning in 1969, he sought advancement, initially to a supervisory sectionman's position, and later as an oil and tape man, in order that he might get more experience for promotion to a section position. He again sought a section position in 1971. White employees were assigned to the section and oil and tape man positions he sought. By letter dated July 19, 1971, Sherrill wrote the Company and complained that he was being passed over for the section position because of his race. This was the first complaint by a black employee of race discrimination by the Company. Several conferences were held with Sherrill by management. Additionally, Sherrill was intimidated and threatened by white employees. He eventually left his employment with the Company because of these incidents. He filed charges with EEOC on July 22, 1971, September 23, 1971, and January 25, 1972, alleging race discrimination and reprisals. By letter dated November 27, 1972, he was authorized to institute a proceeding in the United States District Court. This proceeding followed on January 29, 1973.
B. Plaintiff Costner was initially hired by the Company in 1949, and assigned to the warehouse as a laborer. He progressed in the warehouse to a lift truck operator and subsequently to a switcher. He transferred to a production job in 1967. He thereby lost the seniority he had accumulated in the warehouse and had to start a new seniority date. He was assigned to a third shift because of the lack of seniority in production and went back to the warehouse because he did not like the shift. His motion to intervene in this proceeding was allowed on October 1, 1973. Costner's employment was terminated July 29, 1974. The circumstances leading to his discharge are described in paragraphs 43-50, infra.
C. Plaintiff Brooks was initially hired by the Company in 1967. He was assigned a production job in carding. He sought several positions for advancement in production but was denied the positions. He transferred to the warehouse and left the Company in 1973 because of his inability to advance. He was allowed to intervene on October 1, 1974.
D. Plaintiff McLean was hired by the Company in 1969. He was assigned as a laborer in the warehouse and continued working with the Company until 1973. He was allowed to intervene on October 1, 1974.

IV. The Class.

24. A. Prior to July 2, 1965, black employees were hired only in the warehouse or shipping and receiving department. Except for McCorkle, who transferred to a production job in 1963, and one or two black employees in janitorial positions, all black employees were in the warehouse on the effective date of Title VII. Loss of seniority in transferring deterred black employees from seeking better paying positions in production. They were not selected for supervisory or trainee positions or positions in the office or as clerical or shop or maintenance employees. As indicated below, paragraphs 39-42, infra, black earnings in the warehouse were substantially lower than those of comparably situated white employees with comparable seniority dates. Black employees thus limited in employment opportunities and who continued employment in the warehouse *778 as of the date of the beginning of this action are:

 NAME DATE OF HIRE
Robert Costner 1947; laid off and rehired
 10/51; transferred to plant
 1967; returned to warehouse
 1967; terminated 7-29-73.
Paul McLean 6-25-66; terminated 1973.
Virgil McClain 4-21-56.
Theodus Lamar Paysour 10-5-59.

B. The Company continued to assign black employees to warehouse positions after July 2, 1965. These employees are also subject to the same restrictions in transferring to better jobs in production. These employees are as follows:

 NAME DATE OF HIRE
 Charles L. Brown 1-28-74
 Marshal Leon Brown 11- 8-73
 Henry D. Byers 8-23-73
 Charles Gardner 2- 4-70
 William Andy Lawrence 2-12-70
 Dillard McDowell 1- 6-69
 John Arthur McDowell 1- 9-74
 Ray McDowell 1-10-68; terminated
 7-29-74
Albert McDowell 1968; terminated
 7-29-74

C. Black employees who were allowed to transfer to production jobs started new seniority dates for purposes of promotion and shift preferences. These employees, their dates of hire and current department date are:

 CURRENT
 NAME DATE OF HIRE DEPT. DATE
 George Lawrence 1- 1-47 9-18-72
 Marshall L. McLean 3- 9-70 3- 8-73
 Norman H. Gray 1-17-66 2-13-73
 Robert Lee Hill 8-15-67 12-17-70
 Kenneth Lucky 12-19-55 4- 9-73
 Miles Lucky 4- 1-64 3-28-65
 Nat Sykes 1- 1-49 12-11-72
 Troy Gardner 8-15-66 5-29-71
 John Henry Hill, Jr. 1- 1-68 11-20-73
 J. B. Wingate 11-24-60 9- 1-66
 William N. Lucky 11-18-57 1- 8-68

D. The first black women were hired by the Company in 1965. They, as well as other black employees who have been hired or permitted to transfer into production jobs, have been denied consideration for supervisory positions because of the Company's belief that the work is too difficult. The Company has taken no steps to determine the validity of its practices in excluding women who can perform the duties of supervisors. The black women thus affected and also affected by the earlier practices of the Company in excluding them from employment are:

 CURRENT
 NAME DATE OF HIRE DEPT. DATE
Maggie Brown 12-13-65 12-13-65
Daisy Floyd 12-13-65 3-20-72
Sheila Lynch 10-22-73 10-22-73
Barbara McLean 7- 6-70 7- 6-70
Paulette Brown 7-16-69 7-16-69
Sibyl B. Burch 3-23-73 3-23-73
Mary Jane Lewis 4-10-72 4-10-72
G. F. Logan 5- 8-72 6- 1-72
Barbara McCorkle 8- 4-67 8-12-68
Dorothy M. McDowell 8-30-72 8-30-72
Jennie Friday 11-12-73 11-12-73

E. The above listing of class members does not include all former black employees, employees employed between July 2, 1965, and the date of this hearing, or employees hired before July 2, 1965, whose employment was terminated before the date of trial of this action. Employees who might fall into one or more of the sub-classes described above, were similarly affected by the practices of the Company as described herein.

V. The Claims of the Named Plaintiffs.

25. Plaintiff Sherrill initially sought promotion to a supervisory position in 1969. He made inquiry of his superiors as to the procedure he should follow and the qualifications required for promotion. He initially sought a section job and later an oil and tape position in 1969 in order to gain more exposure to the various machines for promotion. White employees, in several instances with less seniority, were promoted over him.
26. The Company has no objective standards for determining qualifications for promotion to supervisory positions. Some junior employees were promoted over their seniors on the subjective opinion of superiors, irrespective of the limited *779 experience that the junior employees might have had on particular machines. The subjective standards for determining qualifications provided a ready means for discrimination against plaintiff Sherrill and other black employees and excluded them from supervisory positions.
27. Plaintiff Sherrill was not considered for promotion to a supervisory position in 1969, 1970 and 1971. In fact, the supervisory position that was discussed in July, 1971, was filled without any evaluation of plaintiff by management. After the plaintiff's letter of July 19, 1971, the Company attempted postevaluation of the plaintiff's qualifications as compared with the qualifications of Forrest Rogers who was assigned the position. The plaintiff was not considered for the section positions filled by Jay Rushing on July 19, 1971, or Terry Summey on July 23, 1971.
28. The evidence establishes that the plaintiff was qualified and had the potential which warranted his consideration for a supervisory position. The plaintiff, however, was never offered a supervisory position, nor offered or advised of the training program which would allow him to move into a supervisory position on future vacancies.
29. After the plaintiff complained by letter in July, 1971, he was called into a meeting with management. At this meeting, he was advised that he did not need any special schooling to promote to a supervisory position, although he had been previously advised to the contrary. The plaintiff stated at the meeting that he had been seeking a supervisory position or positions which would allow him to gain experience for promotion to a supervisory job since 1969. Following this meeting, the plaintiff was called into another meeting by his sectionman and foreman and former supervisors and criticized because he had stated that he had requested promotions in 1969. This meeting ended in a heated discussion.
30. The plaintiff was criticized by his fellow employees and in one or two instances threatened with bodily harm. In August, 1971, a white employee, whose employment was subsequently terminated by the Company, placed some trash in the plaintiff's car in order to intimidate and harass the plaintiff. He was dismissed when he refused to remove the trash.
31. In November, 1971, the plaintiff requested leave in order to take a tractor-trailer driving course for subsequent employment as an over-the-road driver for the Company. He also advised his supervisors that he wanted to take a vacation because of the pressure he was enduring following his efforts to advance to a section position. The plaintiff requested a six (6) month leave. He was denied leave although the Company had granted extended leave to white employees on previous occasions.
32. The plaintiff was called into another session with management on December 10, 1971, and questioned extensively about the harassment he had suffered. He was the only black present during this conference with the Plant Manager, the Plant Superintendent and several other supervisory personnel. He was told that management did not believe he was harassed. He became frightened and left the conference and his employment. The evidence is disputed as to the tone of the conference, and whether the plaintiff was threatened or actually forced to leave. However, no other employee had been subjected to such practices; fellow white employees had previously threatened and intimidated the plaintiff; and management took no steps by notice or otherwise to insure that the plaintiff would be free of harassment until the events mentioned in Paragraph 30, above. The plaintiff felt threatened and forced to leave and management never offered him a training position which would allow him to promote to a supervisory position with the next vacancy. See Commonwealth v. Local 542, International Union of Operating Engineers, 347 F.Supp. 268 (E.D. Pa.1972).
33. Sherrill was the first black employee other than Jeffers to run the *780 gauntlet of seeking a supervisory position. The Company had never promoted a black to the position. The Company admits that the plaintiff was qualified to fill a section position. He had a good work record. He had not previously been considered and yet no steps were taken to insure that he would be fairly and objectively considered for the next vacancy. The plaintiff was criticized by his superiors and intimidated by fellow white employees. Even with its postevaluation efforts, the Company has not offered any objective criteria which would establish that the plaintiff was less qualified than white employees promoted to section positions in 1969, 1970, or 1971.
34. The plaintiff has expressed a desire to return to his employment with the Company and his continuing desire for a supervisory position. The Company has not offered such opportunities to the plaintiff even with the vacancies in 1972, 1973 and 1974.
35. Plaintiff Costner was assigned, as other black employees, to the warehouse when initially hired. He was denied a production position until 1967 when he transferred into the Card Room. He was not allowed to transfer his seniority in order to bid on a first shift and was assigned to the third shift although he had more than eighteen (18) years service with the Company. Junior white employees were allowed to bid over him for the preferable first shift. Because he could not obtain a first shift position he transferred back to the warehouse and had to start a new seniority date in 1967.
36. Plaintiff Brooks was initially hired in a production job but was denied promotion to better paying positions. Junior white employees were promoted over him or initially assigned to better positions. He left the Company in 1973 but would like to return if permitted assignment to the higher paying production jobs.
37. Paul McLean was initially assigned to the warehouse. He was subjected to the same restrictions as described above in transferring to better job positions in production. He left the Company in 1973 but would like to return if afforded employment opportunities in the better paying production jobs.

VI. Economic Losses Sustained by the Plaintiffs and Class Members.

38. Blacks constitute approximately 15% of the available job market at the Stanley facilities. Blacks constitute approximately nine or ten percent of the company employees.
39. During 1972 the average white annual income for employees below the supervisory levels was $5,712.00. The average black income was $5,021.00, or a difference of $691.00. During 1973 the average white income below the supervisory level was $7,092.00. The average black income was $5,448.48, or a difference of $1,644.00.
40. The average hourly rates of black and white employees by length of service for 1972 and 1973 are as follows:
For 1972 employees the figures were as follows:
(a) Average hourly rate for all white employees  $2.55;
Average length of company service  11 years;
Average hourly rate for all black employees  $2.43;
Average length of Company service  6 years;
(b) Average hourly rate for white in-plant employees  $2.56;
Average length of Company service  11 years;
Average hourly rate for black in-plant employees  $2.57;
Average length of Company service  11 years;
(c) The average rate for blacks in the handling and storage (warehouse) was $2.17. For whites it was $2.12.
For 1973 employees the figures are as follows:
(a) Average hourly rate for all white employees  $2.73;

*781 Average length of Company service  12 years;
Average hourly rate for all black employees  $2.57;
Average length of Company service  7 years;
(b) Average hourly rate for white in-plant employees  $2.74;
Average length of Company service  12 years;
Average hourly rate for black in-plant employees  $2.71;
Average length of Company service  12 years;
(c) The average rate for blacks in the handling and storage (warehouse) was $2.33. For whites it was $2.30.
41. The hourly earnings of section men for the period 1966-74 were as follows:

 6- 6-66 $2.10
 9- 4-67 2.30
 7-15-68 2.44
 7- 7-69 2.60
 11-30-70 2.76
 12-13-71 2.91
 12-11-72 3.07
 9-10-73 3.27
 5-13-74 3.60

42. At the time of the termination of his employment, plaintiff Sherrill was making $6,865.30 per year. He obtained employment in 1972 and had earnings of $7,227.72; $6,096.08 in 1973; and $3,526.28 in 1974. He has been unemployed since September 15, 1974.

VII. The July 29, 1974 incident.

43. For several years, black employees in the warehouse have complained about the inordinate duties imposed on them. These are the least desirable, lowest paying positions of the Company. Warehouse employees are required to lift and load or unload raw and finished products, machinery and equipment. For extremely heavy objects a lift truck is used. Laborers in the department generally lift by hand. Lift truck operators generally work in pairs with one operating the truck and the other tagging the merchandise or recording what is brought in or shipped. Switchers move the trailers back and forth from the yard to the dock and assist the laborers in loading or unloading by hand.
44. After the summer students left the Company in July, 1974, to prepare for return to school, switchers were ordered to drive the lift truck, a separate job, in addition to their regular duties. The black employees complained to management during the third week of July about the extra duties and low pay. Plaintiff Costner and Albert McDowell, who were the only switchers, also complained about the additional duties of driving the lift truck and advised management that they would do either the switcher's job or the lift truck job.
45. On July 29, 1974, plaintiff Costner and Albert McDowell were ordered to drive the lift truck in addition to their switching duties. They complained that they would not be able to do both jobs. They were called in conference and offered the choice of doing both jobs or leaving. They refused to do both and left for management to reconsider. Their employment was terminated effective July 29, 1974.
46. Black employees, having been relegated principally to the warehouse, have also been assigned inordinate duties with limited pay. The Company has no written job duties. It is clear, however, that the two jobs of switcher and lift truck operator have been considered two separate and distinct jobs with separate rates of pay. Additionally, Costner has intervened in this proceeding to challenge the racially discriminatory practices of the Company. Albert McDowell was subpoenaed to testify.
47. No employee in the plant or shop has been required to assume two or more jobs; nor are similar duties imposed on salaried or supervisory employees.
48. The Company contends that these duties have been imposed on switchers for several years. With the department being racially segregated or identifiable, it is no solace that black employees have *782 been given burdensome and discriminatory duties for extended periods. The plaintiffs now seek relief against reprisals by the Company because of their efforts to enforce their rights to equal employment opportunities.
49. Neither plaintiff Costner nor Albert McDowell was offered the opportunity to transfer into the plant with seniority and with less onerous duties. Rather, they were immediately terminated.
50. Ray McDowell and William Jefferies were also dismissed on this occasion because they left with Costner and Albert McDowell. Ray McDowell also testified previously in depositions in support of the plaintiffs. The Company denies that they were granted permission to leave. Other employees, however, have been permitted to leave during the day, with or without excuses, and continued in employment. The Company has offered no explanation of why different standards should be applied with respect to these class members who have also joined in protest against the racially discriminatory practices of the Company.

CONCLUSIONS OF LAW
1. The Court has jurisdiction under Section 706(f) of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e-5(f) and 42 U.S.C. § 1981.
2. This is an appropriate class action under Rule 23(a), (b)(2) FRCP. The class is too numerous to bring all parties before the Court. There are common questions of law and fact applicable to the class. The claims of the named plaintiffs are typical of the claims of the class members. The named plaintiffs have and will fairly and adequately represent the interests of the class. Defendant has engaged in racially discriminatory conduct and practices generally applicable to black employees. The class is defined as all black employees of Stevens at its Stanley, North Carolina facilities who were hired before July 2, 1965, and who continued in employment with Stanley subsequent to July 2, 1965, and all black employees hired subsequent to July 2, 1965, or who may be employed in the future, who have been or may be affected by the defendant's racially discriminatory employment practices. The class also includes the following subclasses of persons who have been or may be affected by defendant's racially discriminatory employment practices: (a) black employees hired before July 2, 1965, who were initially assigned to warehouse or janitorial positions and who continued in employment subsequent to July 2, 1965; (b) black employees hired subsequent to July 2, 1965, who were initially assigned to warehouse or janitorial positions; (c) black employees who were initially assigned to the warehouse and who were permitted to transfer to a production job with loss of seniority; and (d) black employees who were initially assigned to production jobs at any time subsequent to July 2, 1965.
3. The defendant J. P. Stevens and Company, Inc., is an employer within the meaning of 42 U.S.C. Section 2000e(b), is engaged in an industry affecting commerce within the meaning of 42 U.S.C. Section 2000e(h), and is subject to the provisions of 42 U.S.C. § 1981.
4. Plaintiff Sherrill has complied with the procedural requirements of Section 706(e) and (f) of Title VII, 42 U.S.C. Sections 2000e-5(e) and (f). Intervenors Costner, Brooks and McLean have properly moved and been allowed to intervene.
5. The relevant time period for determining defendant's liability for back pay is July 22, 1969, two years prior to the filing by plaintiff Sherrill of his charge with EEOC, 42 U.S.C. § 2000e-5(g).
6. Statistical evidence may establish a prima facie case of discrimination under Title VII, 42 U.S.C. §§ 2000e et seq., and 42 U.S.C. § 1981. United States v. Chesapeake & Ohio Ry. Co., 471 F.2d 582, 586 (4th Cir. 1972) cert. denied, 411 U.S. 939, 93 S.Ct. 1893, 36 L.Ed.2d 401 (1973).
*783 7. Statistics in this case which reflect that black employees have been assigned to and are still basically in warehouse and janitorial positions establish a prima facie showing that the defendant has discriminated and is presently discriminating against black employees because of race and color. United States v. Chesapeake & Ohio Ry. Co., supra.
8. The evidence clearly establishes that black employees were totally excluded from production jobs until 1963, shop or maintenance jobs until 1974, and are still excluded from office, clerical and supervisory positions. Although 4 blacks, since plaintiff Sherrill's efforts, have been offered supervisory positions, this does not diminish the pervasive showing that no black other than Jeffers, was even considered for a supervisor's position until 1971, or even selected to this date to participate in the training program in order to advance to a supervisory position. Moreover, the first black was only advanced to the shop after the trial of this action and no black has been offered or assigned an office or clerical position. Black employees are still assigned and concentrated principally in the warehouse. Black women were not hired until 1965 and have not been considered for advancement to supervisory positions. Defendant has presented no evidence of validation of the exclusionary practices which would permit the exclusion of women from section or other supervisory jobs. See Robinson v. Lorillard, 444 F.2d 791 (4th Cir. 1971) cert. dism., 404 U.S. 1006, 92 S.Ct. 573, 30 L.Ed.2d 655.
9. The discriminatory practices of the defendant are further confirmed by the following:
(a) In addition to concentrating black employees in the warehouse, defendant has imposed departmental or plant seniority which requires that they relinquish any accumulated seniority in order to transfer to better paying production jobs.
(b) No wage protection is insured for black employees who desire a chance for better paying jobs and who transfer to a position which pays less than they are presently earning.
(c) Defendant limits consideration for promotion to employees on certain production jobs from which the plaintiffs and class members have historically been excluded. Even with limited opportunities after 1965, plaintiffs are still denied promotion to supervisory, shop and office positions.
(d) No objective criteria have been established for promotion to supervisory or better paying job positions, thus perpetuating the opportunity and practice of continued discrimination because of race against the plaintiffs and class members.
(e) Black employees are still denied the opportunity to participate in training programs which would permit them to promote into supervisory and office positions.
(f) Black women were previously systematically excluded from employment and are now denied any chance for promotions to supervisory positions pursuant to policies which have not been properly validated.
(g) Black employees in warehouse positions have been assigned inordinate and onerous duties.
(h) Black employees who seek to assert their rights under Title VII and 42 U.S.C. § 1981 have been subjected to intimidations and reprisals.
10. Title VII was designed "to achieve equality of employment opportunities and remove barriers that have operated in the past to favor an identifiable group of . . . employees over other employees. Under the Act, practices, procedures, or [policies] neutral on their face, and even neutral in terms of intent, cannot be maintained if they operate to `freeze' the status quo of prior discriminatory employment practices." Griggs v. Duke Power Co., 401 U.S. 424, 429-30, 91 S.Ct. 849, 853, 28 L.Ed.2d 158, 163 (1971).
11. Where, as here, black employees have been limited to certain job positions and departments, the defendants *784 continued reliance on department seniority or length of service which gives the white employees a competitive advantage over black employees for promotion to better jobs and shifts, perpetuates the effects of past discrimination and constitutes a present pattern and practice of discrimination against black employees, depriving them of employment opportunities and adversely affecting their status as employees because of race, within the meaning of 42 U.S.C. § 2000e-2(a), Robinson v. Lorillard Corp., supra; Rock v. Norfolk & Western Ry. Co., 473 F.2d 1344 (4th Cir.) cert. denied, 412 U.S. 933, 93 S.Ct. 2754, 37 L.Ed.2d 161 (1973).
12. Where, as here, blacks have been excluded from certain jobs and departments, the defendant's continued enforcement of departmental or plant seniority which requires that black employees who desire to transfer to better job positions relinquish their accumulated seniority and start a new seniority date for purposes of promotion, shift bids and lay offs, perpetuates the effects of past discrimination. It also constitutes a present pattern or practice of discrimination within the meaning of 42 U.S.C. § 2000e-2(a). Local 189, United Papermakers & Paperworkers v. United States, 416 F.2d 980 (5th Cir. 1969), cert. denied, 397 U.S. 919, 90 S.Ct. 926, 25 L.Ed.2d 100 (1970).
13. Where black employees have been subjected to discrimination because of race in employment opportunities and have sustained loss of earnings, as here, because of such practices, individually named plaintiffs may be awarded injunctive relief, including back pay, for themselves and the class of black employees affected. Albemarle Paper Co. v. Moody, 422 U.S. 405, 95 S.Ct. 2362, 45 L.Ed.2d 280, 43 U.S.L.W. 4880 (1975).
14. Plaintiff Sherrill, although initially hired in a production job, was denied consideration for promotion to a supervisory position. He was subjected to subjective standards which permitted continued discrimination against him because of race. He was denied an opportunity to be placed in the supervisory trainee position because of race. The Company's practices with respect to plaintiff Sherrill constitute a violation of 42 U.S.C. § 2000e-2(a). Brown v. Gaston County Dyeing Machine Co., 457 F.2d 1377, 1382-1383 (4th Cir.) cert. denied, 409 U.S. 982, 93 S.Ct. 319, 34 L.Ed.2d 246 (1972) ("Elusive, purely subjective standards must give way to objectivity if statistical indicia of discrimination are to be refuted"); Young v. Edgcomb Steel Co., 499 F.2d 97, 98 (4th Cir. 1974).
15. Plaintiff Sherrill complained to management about the Company's racially discriminatory policies. He was called into conferences, subjected to threats and harassment by white employees, and forced to leave his employment because of continued intimidations. He sought a 6-month leave to study for a better job with the Company and to seek some reprieve from the pressures caused by his efforts to advance. He was denied leave although the Company had extended comparable leave to other employees. The reprisals against plaintiff Sherrill which resulted in the termination of his employment constitute a violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a). Pettway v. American Cast Iron Pipe Co., 411 F.2d 998 (5th Cir. 1969), reh. den., 415 F.2d 1376 (5th Cir. 1969). The plaintiff is entitled to an order requiring his reinstatement with back pay.
16. Plaintiffs Costner, Brooks and McLean have similarly been subjected to employment discrimination because of race, by the Company practices described above. They are also entitled to injunctive relief and back pay for themselves and the class.
17. The additional duties imposed on warehouse employees, the black department, were onerous and discriminatory. Employees in other departments, clearly identifiable as white, were not required to perform two or more jobs. The discharge of plaintiff Costner *785 and Albert McDowell on July 29, 1974, because they objected to these discriminatory practices and because they had joined in this proceeding or had testified in support of the plaintiffs, constitutes a violation of Sections 703(a) and 704(a) of Title VII, 42 U.S.C. § 2000e-2(a) and § 2000e-3(a). Cf. Pettway v. American Cast Iron Pipe Co., supra; Commonwealth v. Local 542, International Union of Operating Engineers, supra.
18. Ray McDowell and William Jefferies were discharged because they left the Company with Costner and Albert McDowell. The evidence is clear that such conduct had previously been condoned by management and was used here only after these parties became interested witnesses in this proceeding. Their discharge, under the circumstances, violates Section 704(a), 42 U.S.C. § 2000e-3(a). Francis v. American Tel. & Tel. Co., 55 F.R.D. 202 (D.D.C.1972).
19. Where an employer has engaged in practices and policies of discrimination based on race, affirmative and mandatory relief is required in order to insure full enjoyment of the right to equal employment opportunities. In ordering relief, a court should not merely parrot the Act, but should order affirmative relief which is appropriate to insure the full enjoyment of employment rights. United States v. Dillon Supply Co., 429 F.2d 800 (4th Cir. 1970).
20. In such cases the Court has not merely the power but the duty to render a decree which will as far as possible eliminate the discriminatory effects as well as bar like discrimination in the future. Rosen v. Public Service Elec. & Gas Co., 477 F.2d 90 (3rd Cir. 1973); Cf. Swann v. Charlotte-Mecklenburg Board of Education, 402 U.S. 1, 91 S.Ct. 1267, 28 L.Ed.2d 554 (1971).
21. In order to remedy the continuing discrimination based on race and to remedy the competitive seniority disadvantage to the plaintiffs stemming from defendant's pre-1965 practices of maintaining segregated jobs and departments, there must be some modification of defendant's reliance on departmental seniority in promotions, shift bids and lay-offs.
22. Defendant will be enjoined to eliminate all employment practices based on race and color.
23. Defendant will be enjoined to offer opportunities to all black warehouse employees to transfer to production and shop or maintenance jobs and permit these employees to transfer their total company service or seniority for bidding on vacancies and shifts. These employees shall also be permitted to use their total company service for lay-offs. Robinson v. Lorillard Corp., supra.
24. Defendant will be required to "red circle" the pay rates of any black employee who is transferred to a production position paying less than he is presently earning until such employee can promote to a higher paying position. Robinson v. Lorillard Corp., supra.
25. Defendant will be enjoined to post in conspicuous places throughout the Stanley facilities notice of all vacancies and rosters showing the revised seniority or company length of service as directed in paragraph 23. Young v. Edgcomb Steel Co., 363 F.Supp. 961, 972 (M.D.N.C.1973), reversed on other grounds, 499 F.2d 97 (4th Cir. 1974).
26. Defendant will be enjoined to offer black employees placement in the supervisory trainee programs and, subject to the availability of black employees or applicants, to promote or hire one black employee in supervisory, shop or maintenance, office and clerical positions for every one other employee hired for such positions. Such obligations shall continue until such time as blacks constitute at least fifteen (15) percent of the total number of employees in these positions. United States v. Central Motor Lines, 338 F.Supp. 532, 561 (W.D.N. C.1971).
27. Defendant shall be enjoined to modify the seniority of all black employees who have transferred from the warehouse into a production job and accord *786 them seniority from the date of initial hiring by the Company for promotion, lay off, and shift bid purposes. Local 189, United Papermakers and Paperworkers v. United States, supra; Robinson v. Lorillard Corp., supra.
28. Defendant will be required to reinstate plaintiff Sherrill and to offer him a position as sectionman. Plaintiff Sherrill shall also be allowed to promote to other supervisory positions without consideration of race and shall be paid loss of earnings. Williams v. Albemarle City Board of Education, 485 F.2d 232 (4th Cir. 1973).
29. Defendant shall be enjoined to reinstate plaintiff Costner and Albert McDowell and to pay them loss of earnings.
30. Defendant shall be required to reinstate Ray McDowell and William Jefferies and to pay them loss of earnings.
31. Defendant shall be required to offer black female employees an opportunity to advance into supervisory positions and shall be enjoined from excluding black women from consideration for promotion to such position until the defendant shall establish, if it can, properly validated, bona fide occupational criteria to show that women cannot perform the job. Black female employees shall be allowed loss of earnings because of their exclusion from supervisory positions.
32. Defendant shall be required to pay back pay to the class of black employees as defined in paragraph 2 from July 22, 1968, until the date of the final order of this action.
33. Defendant shall be required to pay plaintiffs' costs, expenses and reasonable attorney fees.
34. The Court will retain jurisdiction of this action for such further orders as may be appropriate.

*787
 CURRENT EMPLOYEES OF FEBRUARY 25, 1974
 BY SENIORITY DATE WITHIN DEPARTMENT Plaintiffs Exhibits 14
 SPUN #1 (Opening-Roving Service Roster)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Oiler/Cleaner
 Kenneth D. Ballard W M 1st Shift 1-1-41 6,765.58 6,988.61
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Hall K. Dellinger W M 1st Shift 12-1-42 7,265.69 7,825.59
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Sylvanus L. Hawkins W M 1st Shift 9-12-49 7,856.28 8,255.23
----------------------------------------------------------------------------------------------------------------------------------------------
 Draw Tender
 Harrison M. Johnson W M 1st Shift 11-3-52 6,813.67 7,576.09
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Section
 Avery C. Kennedy W M 1st Shift 11-30-52 8,416.64 9,019.59
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Clarence Lee Putnam W M 2nd Shift 4-1-54 8,079.62 8,348.31
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Grinder
 Charles L. Friday W M 1st Shift 3-31-55 8,156.78 8,517.38
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Tender
 Dennis W. Fincannon W M 1st Shift 5-30-56 6,977.71 7,599.83
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Section
 Jack R. Ward W M 2nd Shift 10-28-52 5-26-58 Blender 2nd Shift 9,412.01 10,918.50
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Artie Craig Hawn W M 3rd Shift 11-4-58 5,335.83 8,728.05
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Wiley Ellis Hudspeth W M 2nd Shift 4-8-59 7,652.97 8,159.01
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Tender
 Jack Thomas Hamrick W M 3rd Shift 5-12-59 7,421.62 7,276.78
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Section
 John W. Warlick W M 2nd Shift 11-12-59 7,971.30 8,464.92
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Thurman B. Jones W M 2nd Shift 8-28-61 7,473.37 7,822.13
----------------------------------------------------------------------------------------------------------------------------------------------
 Draw Tender
 Elzy E. Dills W M 2nd Shift 5-4-62 7,824.74 8,813.84
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Section
 Robert L. Thompson, Jr. W M 3rd Shift 9-3-63 Card Tender 8,132.13 8,720.49
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Tender
 Danny R. Woody W M 7th Grade 2nd Shift 3-19-69 8-1-69 Yard Steamer - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 2

*788
 SPUN #1 (Opening-Roving Service Roster)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Dorothy M. Rice W F 3rd Shift 4-12-71 7,746.08 7,228.20
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Room Sp. Hand
 Vaughn Rice W M 3rd Shift 4-12-71 5,937.78 7,696.35
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Oiler 4-26-71 Trans.
 Ben R. Steele W M Jr. High 2nd Shift 2-6-49 from Plant #2 Drawing Tender 3rd 5,378.83 6,045.30
----------------------------------------------------------------------------------------------------------------------------------------------
 Picker Tender
 Ralph L. Rogers W M 2nd Shift 9-26-47 7-26-71 Learner Upspin 2nd 7,249.68 7,643.51
----------------------------------------------------------------------------------------------------------------------------------------------
 Lap Hauler 8-9-71 Trans.
 Ted. L. Smith (Service) W M 1st Shift from Spin Rm. 971.81 561.49
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Tender
 Thurman T. Hoke W M 3rd Shift 12-28-71 6,044.69 6,648.57
----------------------------------------------------------------------------------------------------------------------------------------------
 Lap Hauler
 William Clyde McClain B M 2nd Shift 10-16-72 1,147.34 7,381.62
----------------------------------------------------------------------------------------------------------------------------------------------
 Can Pusher
 David Ray Steele W M 2nd Shift 11-20-72 556.64 6,689.61
----------------------------------------------------------------------------------------------------------------------------------------------
 Utility Man
 Mike Keith Jones W M 2nd Shift 4-9-73 - 3,356.63
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Tender
 Marshall G. Brown W M 2nd Shift 5-14-73 2,148.51 263.78
----------------------------------------------------------------------------------------------------------------------------------------------
 Lap Hauler
 Randy Jon Lawing W M 2nd Shift 6-11-73 - 3,314.96
----------------------------------------------------------------------------------------------------------------------------------------------
 Lap Hauler
 Boyce Ray McKinney W M 2nd Shift 8-20-73 - 2,203.86
----------------------------------------------------------------------------------------------------------------------------------------------
 Lap Hauler (PT)
 Robert Charles Brotherton W M 2nd Shift 8-28-73 - 1,026.16
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 George E. Lawrence B M 1st Shift 9-18-73 6,979.46 6,933.19
----------------------------------------------------------------------------------------------------------------------------------------------
 Sweeper/Can Pusher
 Jeffrey Dean Etchison W M 1st Shift 11-5-73 - 2,080.61
----------------------------------------------------------------------------------------------------------------------------------------------
 Sweeper/Can Pusher
 Jimmy Ray Hamby W M 2nd Shift 1-30-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Tender
 Andy Edward Harris W M 3rd Shift 2-21-74 - 88.00
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 3

*789
 SPUN #1 (Spinning Department Length of Service Roster)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Roller Picker
 Mozelle W. Watts W M 1st Shift 6-1-1917 5,477.67 6,339.59
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Flonnie L. Walker W F 1st Shift 11-1-42 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Ottie Idelle Spargo W F 1st Shift 3-1-43 5,865.95 6,311.72
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Iva Lee H. Ballard W F 1st Shift 5-12-43 5,748.89 6,155.10
----------------------------------------------------------------------------------------------------------------------------------------------
 Oiler
 James M. Pressley W M 1st Shift 5-12-43 5,834.32 6,323.21
----------------------------------------------------------------------------------------------------------------------------------------------
 Creel Changer
 Audrey Lee Abernathy W F 1st Shift 11-14-47 7-22-44 Spinner 5,829.67 6,031.46
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Section
 Lawrence Smith W M 1st Shift 7-1-48 8,909.77 7,640.82
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Pansy Wood Warlick W 1st Shift 2-4-49 5,555.36 5,690.61
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Pauline M. Oates W F 1st Shift 4-9-51 5,831.76 5,904.02
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Norma R. Johnson W F 1st Shift 5-14-51 5,585.68 6,265.51
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
 Max Donald Smith W M 1st Shift 5-30-51 15,572.48 11,822.18
----------------------------------------------------------------------------------------------------------------------------------------------
 Pneumafil Man
 James Welch W M 1st Shift 9-1-53 4,105.48 5,067.35
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Helen F. Smith W F 1st Shift 2-3-54 5,853.51 7,501.96
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Azzalee R. Oliver W F 1st Shift 1-3-49 9-28-54 Spinner 6,924.76 7,493.14
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
 John W. Story W M 1st Shift 4-28-56 7,985.27 4,708.13
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Section
 R.A. Robinson, Jr. W M 2nd Shift 4-21-51 3-1-59 12,275.27 12,942.15
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Mabel G. Thompson W F 5th Grade 3rd Shift 9-7-61 5,780.85 6,276.91
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 4

*790
 SPUN #1 (Spinning Department Length of Service Roster)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Sweeper
 Jonas Reed Perkins W M 1st Shift 2-5-62 5,504.02 5,797.25
----------------------------------------------------------------------------------------------------------------------------------------------
 Roller Picker
 Stella M. Kinley W F 2nd Shift 5-25-62 8,121.28 8,315.61
----------------------------------------------------------------------------------------------------------------------------------------------
 Creel Changer
 Bessie V. Porter W F 9th Grade 3rd Shift 6-25-62 6-21-62 Spinner - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Virginia P. Adams W F 9th Grade 3rd Shift 7-16-59 2-17-63 Winder Opr. 4-26-60 5,210.06 6,143.96
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Alice E. Saunders W F 7th Grade 2nd Shift 5-13-63 5,851.16 6,710.70
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Eva E. Banda W F 3rd Shift 8-23-63 5,726.52 6,121.68
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Bonnie C. Garner W F 3rd Shift 9-16-64 - 4,980.62
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Willa M. McKinnish W F 3rd Shift 11-16-64 6,326.17 6,134.30
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Emma Lee Jones W F 3rd Shift 8-5-65 5,280.45 6,737.05
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Maggie Mason Brown B F 3rd Shift 12-13-65 5,765.26 6,869.83
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Louise H. Osborne W F 2nd Shift 4-15-48 5-19-66 7,020.32 7,049.09
----------------------------------------------------------------------------------------------------------------------------------------------
 Sweeper
 Agnes R. Ballard W F 12th Grade 2nd Shift 11-15-48 7-26-67 Spinner 3rd 6,539.51 7,019.32
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Rachel Marie Soles W F 2nd Shift 8-7-67 5,706.85 6,696.07
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Estelle C. Long W F 2nd Shift 10-2-67 5,801.81 6,323.03
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
 Sammy Ledbetter (Service) W M 2nd Shift 3-21-69 1,742.34 2.35
----------------------------------------------------------------------------------------------------------------------------------------------
 Sweeper Spin Rm.
 Jeanette Carver W F 3rd Shift 4-4-69 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Spare Hand
 Mary D. Wilkinson W F 12th Grade 3rd Shift 9-10-68 2-13-72 Twister Tender 5,288.57 6,412.68
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 5

*791
 SPUN #1 (Spinning Department Length of Service Roster)
------------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
------------------------------------------------------------------------------------------------------------------------------------------------
 Oil & Tape Man
 Pink R. Wooten W M 7th Grade 3rd Shift 3-16-48 4-17-72(T) Card Tender 2nd 6,350.55 6,751.49
------------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 Donald R. Whitley W M 3rd Shift 12-7-48 6-19-72(T) Erector's Helper 1st 7,056.83 8,805.93
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Hauler
 Imogene R. Correll W F 3rd Shift 10-2-72 1,267.92 5,423.51
------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Doffer
 Donny Ray Flood B M 3rd Shift 11-13-72 238.00 -
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Hauler (PT)
 Joe Arnold Smith W M 11th Grade 2nd Shift 1-2-73 - 4,094.86
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Mary O. Williams W F 9th Grade 2nd Shift 4-3-69 2-12-73 Abbott Learner 2-12-73 1,852.93 6,328.11
------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Doffer
 Patricia Ann Ramey W F 8th Grade 3rd Shift 1-3-68 3-22-73 Winder Opr. - 3,619.89
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Jill A. Byers W F 2nd Shift 7-23-73 4,665.59 3,018.05
------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Doffer
 Mose Lee Mason W M 1st Shift 9-12-73 6,205.05 3,966.52
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Hauler
 Boyce Alan Brooks W M 2nd Shift 11-5-73 - 1,320.56
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner/Doffer
 Jennie Fay Friday B F 2nd Shift 11-12-73 - 652.00
------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Doffer (Temp)
 Ted Lawrence Smith W M 3rd Shift 11-21-73 971.81 561.49
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner/Doffer
 Doris O. Iverson W F 3rd Shift 12-3-73 - 370.15
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner/Doffer
 Zelma S. Bingham W F 3rd Shift 12-3-73 - 370.15
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Hauler
 Ronald L. Hooper W M 2nd Shift 1-15-74 - 452.35
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner/Doffer
 Myrtle Crisp Satterfield W F 2nd Shift 1-28-74 - -
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner/Doffer
 Janice M. Turner W F 2nd Shift 1-28-74 - -
------------------------------------------------------------------------------------------------------------------------------------------------
 Page 6

*792
 SPUN #1 (Spinning Department Length of Service Roster)
------------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner/Doffer
 Cynthia H. Miller W F 3rd Shift 1-30-74 - -
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner/Doffer
 Wilma D. Eury W F 2nd Shift 2-4-74 - 1,782.93
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Hauler(PT)
 Thomas W. McGinnis W M 2nd Shift 2-21-74 - 640.16
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
 Page 7

*793
 SPUN #1 (Winding Department Length of Service Roster)
------------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Lucille W. Poteat W F 1st Shift 2-1-41 Coner Winder 1st 6,542.65 7,582.58
------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Hattie O. Powell W F 1st Shift 1-1-42 Waster 6,429.03 7,582.58
------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Janie M. Johnson W F 1st Shift 5-20-42
------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Lois Hovis Caldwell W F 1st Shift 6-14-43 - 7,757.83
------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Nora M. Homesley W F 1st Shift 2-1-46 7,563.45 8,366.94
------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Sue L. Sherrill W F 1st Shift 6-6-51 Winder Opr. 7,143.30 7,842.00
------------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 Lathan E. Hovis W M 1st Shift 2-28-53 8,992.86 8,451.63
------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Odessa Graham W F 2nd Shift 6-18-53 6,645.02 7,929.47
------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Laura McGinnis W F 3rd Shift 4-4-55 5,754.89 6,864.28
------------------------------------------------------------------------------------------------------------------------------------------------
 Packer
 Olen H. Ballard W M 1st Shift 5-2-56 5,607.08 6,080.82
------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Blondie Christopher W F 2nd Shift 8-13-56 6,621.55 7,584.89
------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Pearl C. Goins W F 3rd Shift 10-8-57 6,454.47 7,691.59
------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Virginia C. Heavner W F 3rd Shift 5-21-58 5,887.12 6,682.53
------------------------------------------------------------------------------------------------------------------------------------------------
 Packer
 John David Gilbert W M 1st Shift 8-15-58 6,253.37 6,867.59
------------------------------------------------------------------------------------------------------------------------------------------------
 Doubler Tender
 Emma Lou Helms W F 3rd Shift 9-2-58 7,210.00 8,278.33
------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Bonnie Mae Miller W F 3rd Shift 4-25-60 5,996.14 6,940.58
------------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Ralph J. McConnell W M 1st Shift 5-7-62 6,498.32 6,372.39
------------------------------------------------------------------------------------------------------------------------------------------------
 Page 8

*794
 SPUN #1 (Winding Department Length of Service Roster)
------------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
------------------------------------------------------------------------------------------------------------------------------------------------
 Twister Tender
 Hubert Stroupe W M 2nd Shift 8-24-64 Spin Doffer 2nd 6,012.03 5,744.01
------------------------------------------------------------------------------------------------------------------------------------------------
 Auto Coner Fixer
 Murray E. McGinnis W M 1st Shift 9-15-67 9,079.50 10,391.68
------------------------------------------------------------------------------------------------------------------------------------------------
 Head Packer
 Claude J. Kirkland W M 1st Shift 12-11-69 8,517.47 8,073.80
------------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Walter O. Dennis W M 2nd Shift 6-21-71 From Card Rm.8,409.60 8,676.93
------------------------------------------------------------------------------------------------------------------------------------------------
 Twister Tender
 Josephine P. Armstrong W F 8th Grade 2nd Shift 8-2-71 Twister Tender 5,730.40 5,850.81
------------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Sarah Perkins W F 1st Shift 3-17-72 4,973.07 6,671.89
------------------------------------------------------------------------------------------------------------------------------------------------
 Twister Tender
 Daisey B. Floyd B F 3rd Shift 3-20-72(T) 5,351.14 4,997.05
------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Section Man
 Cov R. Woody W F 10th Grade 3rd Shift 7-10-72(T) Sweeper & Can Pusher 7,511.55 9,366.14
------------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Linda L. Griffin W F 3rd Shift 3-6-73 - 5,578.43
------------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Buddy Ray Branch W M 2nd Shift 4-11-73 - 3,148.80
------------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Keith R. Friday W M 1st Shift 7-16-73 - 2,788.87
------------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man(PT)
 Keith R. McGinnis W M 2nd Shift 8-21-73 - 1,148.81
------------------------------------------------------------------------------------------------------------------------------------------------
 Auto Coner Opr.
 Wilma David Eury W F 2nd Shift 9-4-73 - 1,782.93
------------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Linda Teresa Adams W F 3rd Shift 10-8-73 67.94 1,403.89
------------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Sheila M. Lynch B F 2nd Shift 10-22-73 - 903.88
------------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Danny L. Helderman W M 1st Shift 10-24-73 4,674.62 4,601.12
------------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Elizabeth Daphyne Osborne W F 2nd Shift 11-7-73 - 742.83
------------------------------------------------------------------------------------------------------------------------------------------------
 Page 9

*795
 SPUN #1 (Winding Department Length of Service Roster)
--------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
--------------------------------------------------------------------------------------------------------------------------------------------
 Winder Opr.
 Carol Ann Taylor W F 3rd Shift 11-16-73 - 513.44
--------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Ladd Herman Cloninger W M 2nd Shift 11-19-73 - 3,356.10
--------------------------------------------------------------------------------------------------------------------------------------------
 Twister Opr.
 Martha Jane Rhyne W F 2nd Shift 11-20-73 - 3,937.08
--------------------------------------------------------------------------------------------------------------------------------------------
 Twister Opr.
 James David Rhyne W M 2nd Shift 11-21-73 - 465.60
--------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Conley James Flowers W M 3rd Shift 12-10-73 - 276.78
--------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 Steve W. Morris W M 3rd Shift 1-14-74 2,158.55 3,818.05
--------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Jerry A. Bush W M 3rd Shift 1-28-74 - -
--------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Edward David Shook W M 3rd Shift 1-28-74 - -
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------

*796
 SPUN #1 (General Plant)
--------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
--------------------------------------------------------------------------------------------------------------------------------------------
 Head Overhauler
 Ralph W. Hoffman W M 1st Shift 8-9-48 7,855.45 8,180.45
--------------------------------------------------------------------------------------------------------------------------------------------
 Overhauler From Winding
 Vinscon E. Howard W M 1st Shift 2-8-71 Room 7,292.35 7,008.83
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------
 Page 11

*797
 SPUN #2 (Opening Roving Department Service)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Grinder
 Casper Spargo W M 1st Shift 3-5-37 Card Grinder 1st 7,927.93 8,682.50
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Section
 Frank Lee Lewis W M 1st Shift 11-1-48 Roving Tender 1st 8,110.59 8,972.83
----------------------------------------------------------------------------------------------------------------------------------------------
 Draw/Roving Sect.
 John D. Sisk W M 1st Shift 8-11-49 Roving Sect. 2nd 8,171.44 7,745.26
----------------------------------------------------------------------------------------------------------------------------------------------
 Card/Picker Sect.
 Hunter A. Black W M 1st Shift 2-17-50 Card Sect. 1st 7,729.10 9,661.21
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Leroy C. West W M 1st Shift 1-7-51 Roving Tender 1st 7,570.28 8,580.73
----------------------------------------------------------------------------------------------------------------------------------------------
 Draw Tender
 Ivie Lee Nantz W F 1st Shift 8-4-53 Utility Man 2nd 7,783.06 8,210.69
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Section
 Albert Reid Perkins W M 3rd Shift 7-23-57 Card Tender 2nd 8,451.63 12,281.77
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Marcella G. Banda W F 3rd Grade 1st Shift 9-3-62 Drawing Tender 3rd 7,627.55 8,461.71
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Tender
 Lat Lawing W M 1st Shift 10-23-62 Drawing 2nd 5,650.39 6,384.18
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Section Man
 Harold R. Helms W M 2nd Shift 6-15-63 Card Tender 3rd 7,668.02 8,762.07
----------------------------------------------------------------------------------------------------------------------------------------------
 Rov. & Draw
 Ernest F. Shuford W M Sect. Man 3rd Shift 10-4-63 Roving Tender 3rd 6,686.92 8,036.34
----------------------------------------------------------------------------------------------------------------------------------------------
 Picker Tender
 Miles Calvin Luckey B M 2nd Shift 4-6-64 3-28-65 Laborer 2nd 10,969.29 12,898.13
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Johnny F. Queen W M 1st Shift 8-25-65 Roving Tender 2nd - 9,161.82
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Section
 William Lee McKinnish W M 12th Grade 3rd Shift 6-2-66 Card Tender Learner 3rd 7,629.60 8,308.10
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Samuel M. Hawkins W M 7th Grade 2nd Shift 6-3-67 Roving Tender 3rd 7,588.99 8,593.05
----------------------------------------------------------------------------------------------------------------------------------------------
 Picker Tender
 William M. Luckey B M 3rd Shift 5-21-51 1-8-66 Laborer 1st 9,647.51 11,679.58
----------------------------------------------------------------------------------------------------------------------------------------------
 Utility Man
 Donald L. Stallings W M 12th Grade 1st Shift 2-5-68 Drawing Learner 2nd 5,797.57 6,540.00
----------------------------------------------------------------------------------------------------------------------------------------------

*798
 SPUN #2 (Opening Roving Department Service)
------------------------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Johnnie Lewis Williams W M 11th Grade 1st Shift 3-27-68 Frame Hand 3rd 7,273.42 7,302.08
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Draw/Roving Sect.
 James H. Steele W M 1st Shift 8-29-68 Sweeper 2nd 7,844.08 9,587.09
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Picker Tender
 Frank Williams (U. S. Air Force) W M 11th Grade 2nd Shift 6-10-70 Roving Hauler 2nd 90.34 862.10
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Draw Tender
 Robert Lee Hill B M 11th Grade 1st Shift 8-15-67 12-17-70 Laborer 1st From Nub Unit 6,904.50 6,676.88
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender*
 Billy R. Morrison W M 3rd Shift 1-18-71 Roving Tender 7,806.38 8,640.44
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Card Tender
 Terry Lee Hogue W M 2nd Shift 6-29-71 6,600.32 2,649.68
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Draw Tender
 David A. Hunter W M 1st Shift 9-6-71 Lap Hauler 3rd 5,505.53 6,696.98
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Card Tender
 Elie Roosevelt Anderson B M 7th Grade 3rd Shift 9-28-71 9-28-71 Card Tender 3rd 6,596.80 6,567.81
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Utility Man
 Seth Wesley Hamrick W M 12th Grade 2nd Shift 1-31-72 Utility Man 2nd 4,909.79 6,031.43
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Picker Tender
 John David Mills W M 10th Grade 2nd Shift 2-28-72 Card Tender 2nd 5,036.49 7,101.44
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Picker Tender
 Sherman Lee Shelton W M 2nd Shift 4-3-72 Picker Tender 3rd 4,129.30 8,838.00
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Card Rm Sp. Hand
 William C. Mills W M 3rd Shift 4-4-72 Card Tender 3rd 3,828.54 5,671.45
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Draw Tender
 Jesse F. Casper W M 12th Grade 3rd Shift 4-19-72(T) Spin Oil & Tape Man 7,752.86 8,189.21
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Oiler
 Gary M. King W M 12th Grade 1st Shift 6-15-72 Draw Tender 2nd 3,692.59 7,139.74
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Can Pusher/Sweeper
 Nat Sykes B M 1st Shift 8-28-47 12-11-72 Scubber 1st 6,946.48 7,595.44
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Jack D. McCuen W M 10th Grade 2nd Shift 1-6-73 Roving Tender 2nd - 1,748.40
------------------------------------------------------------------------------------------------------------------------------------------------------------
 Picker Tender
 Lawrence B. Lewis W M 3rd Shift 1-25-73 Card Tender 3rd - 6,793.62
------------------------------------------------------------------------------------------------------------------------------------------------------------

*799
 SPUN #2 (Opening Roving Department Service)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Draw Tender
 Norman H. Gray B M H.S. & College 2nd Shift 1-17-66 2-13-73 Draw Tender 3rd 1,362.11 8,120.76
----------------------------------------------------------------------------------------------------------------------------------------------
 Card/Picker Sect.
 Claude Phillips W M 8th Grade 2nd Shift 2-27-73 Roving Tender 2nd - 8,194.96
----------------------------------------------------------------------------------------------------------------------------------------------
 Bobbin Stripper
 Elliot L. Dellinger W M 7th Grade 2nd Shift 3-6-73 Roving Tender 2nd - 4,196.73
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Tender
 Franklin D. Hinson W M 11th Grade 2nd Shift 3-13-73 Roving Hauler 2nd 1,608.63 3,812.61
----------------------------------------------------------------------------------------------------------------------------------------------
 Picker Tender
 Kenneth L. Luckey B M 3rd Shift 4-9-73 Picker Tender 7,599.06 7,833.98
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Dennis R. Morrison W M 3rd Shift 5-15-73 4,254.87 5,626.55
----------------------------------------------------------------------------------------------------------------------------------------------
 Lap Hauler
 David Ricky Bishop W M 12th Grade 1st Shift 5-15-73 Draw Tender 2nd 1,846.64 5,495.44
----------------------------------------------------------------------------------------------------------------------------------------------
 Draw Tender
 James E. Poplin W M 3rd Shift 5-24-73 Yarn Man 3rd 6,408.67 6,644.63
----------------------------------------------------------------------------------------------------------------------------------------------
 Lap Hauler
 Tommy F. Roberts W M 9th Grade 2nd Shift 6-15-73 Can Pusher 2nd - 2,079.66
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Tender
 Lee Roy Featherston W M 2nd Shift 7-16-73 Card Tender 2nd - 2,782.25
----------------------------------------------------------------------------------------------------------------------------------------------
 Utility Man
 Walter L. Smith W M 1st Shift 7-17-73 Utility Man 1st - 2,587.71
----------------------------------------------------------------------------------------------------------------------------------------------
 Lap Hauler(PT)
 Joel Gerome Jeffries B M 9th Grade 2nd Shift 7-30-73 7-30-73 Lap Hauler 2nd(PT) - 1,501.93
----------------------------------------------------------------------------------------------------------------------------------------------
 Utility Man
 James Robert Jones W M 9th Grade 2nd Shift 9-13-73 Yarn Man 2nd 1,618.26 1,826.05
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Tender
 Dale Lee Sloop W M 10th Grade 1st Shift 9-21-73 Card Tender 2nd - 1,914.47
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Oiler
 James O. Hovis W M 12th Grade 1st Shift 9-25-73 Card Tender 2nd - 1,613.13
----------------------------------------------------------------------------------------------------------------------------------------------
 Utility Man
 Tony Ray Hilton W M 4th Grade 3rd Shift 9-26-73 Utility Man 3rd - 1,582.16
----------------------------------------------------------------------------------------------------------------------------------------------
 Utility Man (PT)
 William G. Whitlow W M 2nd Shift 10-19-73 Spin Doffer 2nd - 686.95
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 14

*800
 SPUN #2 (Opening Roving Department Service)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Rebecca O. Morrison W F 8th Grade 2nd Shift 11-15-73 Draw Tender 3rd 5,720.18 6,648.39
----------------------------------------------------------------------------------------------------------------------------------------------
 Picker Tender
 Frank R. Williams W M 11th Grade 2nd Shift 11-16-73 Roving Hauler 2nd 90.34 862.10
----------------------------------------------------------------------------------------------------------------------------------------------
 Lap Hauler
 James W. Cudd W M 3rd Shift 11-23-73 5,477.09 4,673.37
----------------------------------------------------------------------------------------------------------------------------------------------
 Utility Man(Temp)
 Henry Eugene Turner W M 1st Shift 12-5-73 Picker Blender 3rd - 328.52
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 James W. Mauney W M 2nd Shift 12-11-73 - 279.88
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Kimsey Estell Hall W F 3rd Shift 1-1-74 1,678.99 2,094.86
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Tender
 Charner Green W M 5th Grade 2nd Shift 1-1-74 Can Pusher 3rd - 2,095.69
----------------------------------------------------------------------------------------------------------------------------------------------
 Card Tender
 Daniel R. Jenkins W M 11th Grade 2nd Shift 1-8-74 Card Tender 2nd 2,384.68 5,260.53
----------------------------------------------------------------------------------------------------------------------------------------------
 Utility Man(PT)
 Donald L. Wooten, Jr. W M 2nd Shift 1-9-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Utility Man
 Thomas Hunter Mauney W M 3rd Shift 1-29-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Utility Man(PT)
 Terry R. Brewer W M 2nd Shift 2-11-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Draw Tender
 Gherry Lash Brown B M 2nd Shift 2-19-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 15

*801
 SPUN #2 (Spinning Department Service)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Traveler Changer
 Mildred E. Helton W F 1st Shift 9-1-42 Roller Picker 1st 5,754.98 5,351.16
----------------------------------------------------------------------------------------------------------------------------------------------
 Traveler Changer
 Isabelle C. Hovis W F 1st Shift 9-1-42 Spinner 1st - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Pauline H. Williamson W F 1st Shift 7-1-43 Spinner 1st 5,625.25 6,207.19
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Eunice P. Phillips W F 1st Shift 6-30-49 Creeler Hand 1st 7,589.27 7,247.93
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Helen C. Ingle W F 1st Shift 3-24-50 Spinner 3rd 6,615.06 6,665.91
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
 Paul Ray Conner W M 1st Shift 7-31-50 Doffer 1st 8,059.04 9,024.95
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Ruth Gunter West W F 1st Shift 7-31-50 Spinner & Winder 3rd 5,946.22 9,193.55
----------------------------------------------------------------------------------------------------------------------------------------------
 Roller Picker
 Pauline H. Brown W F 1st Shift 4-4-51 Spinner 3rd 5,308.33 5,418.08
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Ortha G. Watts W F 1st Shift 4-23-51 Spinner 2nd 5,200.81 6,056.76
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Louise M. Kirkland W F 1st Shift 5-28-51 Spinner 2nd 4,772.12 6,130.72
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
 Ernest C. Kinley W M 12th Grade 1st Shift 2-26-52 Doffer 2nd 9,615.63 9,079.12
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Lois A. Summey W F 1st Shift 4-16-53 Spinner 2nd 5,570.70 5,886.22
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Grace W. Kennedy W F 1st Shift 7-6-53 Spinner 2nd 5,728.32 5,364.43
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Mandy H. Homesley W 1st Shift 7-7-53 Winder Opr. 3rd 6,487.83 7,064.13
----------------------------------------------------------------------------------------------------------------------------------------------
 Spin Sect. Man
 Jack Hull W M 1st Shift 4-22-54 Oiler 3rd 9,403.54 12,444.59
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Selwyn B. Perkins W M 1st Shift 7-13-54 Spinner 2nd 7,647.39 8,107.94
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Mildred A. Carpenter W F 1st Shift 9-1-56 Draw Tender 3rd 5,792.68 5,773.91
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 16

*802
 SPUN #2 (Spinning Department Service)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Helen F. Kirkland W F 1st Shift 1-1-57 Draw Tender 1st 5,560.11 4,611.99
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
 Grover West W M 1st Shift 8-5-57 Sweeper 3rd 8,583.15 8,046.01
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Bertha W. Heffner W F 3rd Shift 6-3-58 Spinner 2nd 5,647.62 6,260.28
----------------------------------------------------------------------------------------------------------------------------------------------
 Roller Picker
 Ruth S. Caldwell W F 1st Shift 9-24-58 Spinner 2nd 5,630.68 6,221.99
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Margaret Kate Tallent W F 1st Shift 6-15-59 Roll Picker 2nd 5,492.10 4,511.98
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Margie Nantz Ballard W F 3rd Shift 8-10-59 Spinner 3rd 7,021.73 8,185.92
----------------------------------------------------------------------------------------------------------------------------------------------
 Oil & Tape Man
 Walter Pinkney Keever W M 7th Grade 1st Shift 7-2-60 Yarn Man 3rd 7,410.16 9,509.58
----------------------------------------------------------------------------------------------------------------------------------------------
 Roller Picker
 Annie Keener Nantz W F 3rd Shift 6-9-61 Spinner 3rd 4,396.02 6,062.15
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
 Ronald C. Smith W M 1st Shift 1-1-62 Doffer Learner 1st 6,403.21 7,278.82
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Lucille M. Dellinger W F 2nd Shift 5-31-62 Spinner 2nd 5,691.96 6,076.89
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Betty Jean Richard W F 3rd Shift 6-4-62 Spinner 2nd 6,486.61 7,937.66
----------------------------------------------------------------------------------------------------------------------------------------------
 Oil & Tape Man
 Lester Kendall Auten W M 7th Grade 2nd Shift 6-7-62 Card Tender Learner 2nd 5,710.90 6,264.21
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Hazel Q. Ervin W F 7th Grade 2nd Shift 6-11-62 Spinner 2nd 5,365.43 5,629.96
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
 Herman J. Keever W M 5th Grade 3rd Shift 7-14-62 Doffer 3rd 9,419.43 11,257.88
----------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 Richard T. Payne W M 1st Shift 8-21-62 Doffer 2nd 10,187.37 10,648.21
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Audrey Pressley W F 2nd Shift 11-19-62 Spinner 2nd 4,785.67 6,113.26
----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Rosetta B. Leatherman W F 7th Grade 3rd Shift 2-15-63 Spinner 3rd 6,929.95 5,649.55
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 17

*803
 SPUN #2 (Spinning Department Service)
--------------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Wanda L. Johnson W F 8th Grade 3rd Shift 3-28-63 Spinner 3rd 5,546.45 5,449.71
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spare Hand
 Ella Mae Sigmon W F 8th Grade 2rd Shift 5-6-63 Spinner 2nd 5,412.86 6,025.27
--------------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 Billy Joe Lawing W M 9th Grade 2nd Shift 6-6-63 Spin Creeler 3rd 7,623.46 8,302.32
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Naomi Cynthia Rayfield W F 9th Grade 3rd Shift 11-6-64 Winding 3rd 5,540.47 5,967.74
--------------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 Charles M. Satterfield, III W M 1st Shift 9-1-66 Twister Tender 2nd 8,800.90 9,221.99
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
 Lewis Jerry Bowen W M 8th Grade 1st Shift 7-10-67 Spin Doffer 2nd 6,349.78 7,982.79
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Nelda F. Rushing W F 2nd Shift 7-19-67 Spinner 2nd 4,859.07 5,039.69
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spare Hand
 Ida M. Hamilton W F 3rd Shift 9-18-67 Spinner 2nd 4,310.93 4,032.94
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Wilma O. Rick W F 2nd Shift 9-25-67 7,586.79 10,497.99
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Delia Faye Fortenberry W F 12th Grade 2nd Shift 12-14-67 Winder Opr. 3rd 4,471.09 5,292.34
--------------------------------------------------------------------------------------------------------------------------------------------------
 Bobbin Stripper
 Janie Bates W F 3rd Shift 12-18-67 Comber Tender 3rd 6,547.20 7,548.73
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Geraldine M. Bumgarner W F 2nd Shift 3-6-68 Winder Tender 2nd 3-6-68 3,988.80 5,710.87
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Jetta Doris Bowen W F H. S. 2nd Shift 5-17-68 Spinner 2nd 4,626.98 5,472.49
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Nancy Scott W F 9th Grade 2nd Shift 6-9-69 Spinner 2nd 5,501.48 6,031.23
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Ruby Gantt W F 3rd Shift 6-15-70 5,257.98 -
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Barbara McLean B F 12th Grade 3rd Shift 7-6-70 7-6-70 Spinner 3rd 5,667.33 6,139.47
--------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Hauler
 Billy Steele W M 3rd Shift 10-1-70 Trans. fm. winding 5,674.54 4,848.97
--------------------------------------------------------------------------------------------------------------------------------------------------
 Page 18

*804
 SPUN #2 (Spinning Department Service)
--------------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
--------------------------------------------------------------------------------------------------------------------------------------------------
 Roller Picker
 Ruby W. Hamrick W F 7th Grade 2nd Shift 7-17-72 Winder Opr. 2nd 11-27-67 5,114.62 5,347.61
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Doffer
Donald Wayne Hill W M 8th Grade 2nd Shift 7-24-72 Yarn Man 3rd 2,576.07 7,225.40
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Doffer
Lee Roy Steele (Service) W M 3rd Shift 9-1-72(T) 6,274.25 168.04
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Section Man
Nathan D. Martin W M 12th Grade 3rd Shift 4-2-73 Yarn Man 1st 3,119.52 7,507.31
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Section Man
Orren Coy Soles W M 3rd Shift 4-4-73 Yarn Man 3rd 2,785.11 8,764.32
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
Susie G. Cherry W F 2nd Shift 4-6-73 Spinner 2nd - 3,566.90
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
Anita G. Morrison W F 11th Grade 3rd Shift 4-27-73 Bobbin Stripper 2nd 331.23 4,054.63
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Doffer(PT)
Robert Allen Cudd W M 11th Grade 2nd Shift 5-15-73 Roving Hauler (PT) 562.33 3,772.06
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Doffer
Ferren E. Rogers W M 2nd Shift 5-29-73 Learner Spin Doffer 2nd 6,821.13 6,743.52
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Doffer
Kenneth M. Rogers W M 2nd Shift 5-29-73 Twister Tender 2nd 3,217.32 4,963.47
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
Bonnie Mae Williams W F 6th Grade 2nd Shift 6-12-73 Roller Picker 2nd - 4,985.09
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
Audrey P. Keever W F 11th Grade 2nd Shift 8-6-73 Winder Learner 2nd - 3,689.93
--------------------------------------------------------------------------------------------------------------------------------------------------
 Roller Picker
Rebecca J. Morrison W F 8th Grade 2nd Shift 8-6-73 Roller Picker 2nd - 2,380.93
--------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Hauler
Floyd E. Baily, Jr. W M 11th Grade 1st Shift 8-23-73 Roving Hauler 1st - 1,940.33
--------------------------------------------------------------------------------------------------------------------------------------------------
 Roller Picker
Melodie Kay Sain W F 11th Grade 2nd Shift 8-27-73 Winder Tender 2nd 8-27-73 - 1,384.02
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Doffer(PT)
Kenneth D. Black W M 2nd Shift 9-18-73 - 791.27
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
Lewis B. Bowen, Jr. W M 3rd Shift 10-3-73 Spinning Doffer 5,611.28 2,251.72
--------------------------------------------------------------------------------------------------------------------------------------------------
 Page 19

*805
SPUN #2 (Spinning Department Service)
--------------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
Gary L. Rushing W M 3rd Shift 10-3-73 Utility Man 5,484.18 3,772.51
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
Mary M. Bown W F 3rd Shift 10-8-73 Skein Winder Learner 10-8-73 - 3,057.52
--------------------------------------------------------------------------------------------------------------------------------------------------
 Oil & Tape
Brian Ray Abernathy W M 2nd Shift 10-31-73(4 Hr.) Oil & Tape Man 2nd - 458.04
--------------------------------------------------------------------------------------------------------------------------------------------------
 Oil & Tape
Bobby W. Christopher W M 10th Grade 2nd Shift 10-31-73'4 Hr.) Utility Man 2nd - 478.98
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
Gary H. Fortenberry W M 2nd Shift 11-15-73 - 4,067.41
--------------------------------------------------------------------------------------------------------------------------------------------------
 Oil & Tape Man
Tommy Dean Wooten W M 3rd Shift 12-18-73 1,333.19 125.01
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
Jo Anne Harrison W F 3rd Shift 1-1-74 Spinner 2nd 2,472.76 5,977.16
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Doffer
Joe Calvin Nolen W M 3rd Shift 1-14-74 1,389.83 1,579.07
--------------------------------------------------------------------------------------------------------------------------------------------------
 Oil & Tape
Danny Joe Oates W M 3rd Shift 1-16-74 - -
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Doffer
Thomas J. Owens W M 2nd Shift 1-16-74 - -
--------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Hauler
Donald K. Fisher W M 2nd Shift 1-15-74 - 416.58
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Doffer
Ronald D. Jenkins W M 3rd Shift 1-21-74 - 1,919.05
--------------------------------------------------------------------------------------------------------------------------------------------------
 Spin Doffer(PT)
Roger S. Kale W M 2nd Shift 2-4-74 - -
--------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Hauler
John S. Morgan W M 3rd Shift 2-6-74 - 365.75
--------------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------------------
 Page 20

*806
SPUN #2 (Winding Department Seniority Roster)
--------------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
--------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
Florence W. Derr W F 1st Shift 7-1-1919 Winder Tender 1st 7,303.37 2,808.43
--------------------------------------------------------------------------------------------------------------------------------------------------
 Warper Tender
William R. Stone W M 10th Grade 2nd Shift 3-1-38 Warper Tender 1st 5,670.79 6,245.20
--------------------------------------------------------------------------------------------------------------------------------------------------
 Warper Tender
Willie Bates W M 3rd Shift 3-1-42 Warper Tender 3rd 5,670.79 6,206.76
--------------------------------------------------------------------------------------------------------------------------------------------------
 Auto-Coner
Zelma Merle Bentley W F 1st Shift 6-1-42 Spooler Opr. 1st 6,444.56 7,105.50
--------------------------------------------------------------------------------------------------------------------------------------------------
 Packer
Charles Brown W M 1st Shift 2-1-46 Head Packer 1st 5,720.55 6,253.52
--------------------------------------------------------------------------------------------------------------------------------------------------
 Auto-Coner
Lonia Inez Welch W F 1st Shift 4-1-46 Winder Opr. 1st 5,299.23 5,946.89
--------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Fixer
Lloyd Brown W M 1st Shift 10-2-46 Yarn Packer 1st 9,179.01 13,222.99
--------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
Ruby M. Hovis W F 1st Shift 10-7-46 Winder Opr. 1st 7,318.76 8,006.70
--------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
Alma L. Ottinger W F 1st Shift 10-10-49 Warper Creeler 2nd 6,220.89 6,349.06
--------------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Packer
Paul D. Hovis W M 1st Shift 6-8-50 Warp Tender 2nd 5,895.14 6,262.88
--------------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
Jack Schronce W M 1st Shift 6-1-52 Foreman Fixer 3rd 7,927.97 8,599.92
--------------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
Mary S. Kenner W F 1st Shift 6-22-53 Winder Opr. 3rd 6,368.69 6,765.18
--------------------------------------------------------------------------------------------------------------------------------------------------
 Abbott Tender
Ruth S. Dellinger W F 1st Shift 8-17-53 Winder Opr. 2nd 6,102.92 6,948.18
--------------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Packer
Grady L. Helms W M 1st Shift 1-1-55 Roving Hauler & Sweeper 3rd 5,717.83 6,034.17
--------------------------------------------------------------------------------------------------------------------------------------------------
 Warper Creeler
Julia Abernathy W F 1st Shift 2-10-55 Winder Opr. 2nd 5,839.22 6,154.37
--------------------------------------------------------------------------------------------------------------------------------------------------
 Warper Creeler
Novella Haney Sisk W F 5th Grade 1st Shift 6-21-56 Winder Opr. 3rd
--------------------------------------------------------------------------------------------------------------------------------------------------
 Warper Creeler
Madeline N. Fox W F 1st Shift 6-2-57 Winder Opr. 3rd 6,975.05 8,325.77
--------------------------------------------------------------------------------------------------------------------------------------------------
 Page 21

*807
SPUN #2 (Winding Department Seniority Roster)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Sherman Vickers W M 9th Grade 3rd Shift 3-2-59 Yarn Man 3rd 5,859.47 5,840.32
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Betty G. Oates W F 3rd Shift 6-6-59 Winder Learner 3rd 6,646.87 7,400.75
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Robert C. Abernathy W M 9th Grade 1st Shift 4-7-60 Yarn Man 2nd 5,532.98 5,880.06
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Fixer
 Joseph C. Rudisill W M 1st Shift 6-30-60 Spin Sect. 3rd 9,867.60 9,176.78
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Packer
 Floyd B. Stone W M 1st Shift 4-10-61 Warper Tender 2nd 5,817.64 6,276.95
----------------------------------------------------------------------------------------------------------------------------------------------
 Auto-Coner
 Christine S. Watts W F 1st Shift 12-4-61 Winder 3rd 8,948.74 8,785.80
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Mildred E. Keever W F 12th Grade 3rd Shift 6-25-62 Winder Opr. 3rd 6,651.59 7,476.20
----------------------------------------------------------------------------------------------------------------------------------------------
 Head Packer
 Daniel S. Armstrong W M 12th Grade 1st Shift 7-2-62 Head Packer 1st 6,529.84 6,971.23
----------------------------------------------------------------------------------------------------------------------------------------------
 Auto-Coner
 Helen L. Shields W F 2nd Shift 7-20-62 Winder Opr. 3rd 5,781.24 5,362.02
----------------------------------------------------------------------------------------------------------------------------------------------
 Auto-Coner
 Minnie McConnell W F 2nd Shift 7-30-62 Winder Opr. 2nd 5,220.05 5,586.34
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Jewell T. Ottinger W F 7th Grade 1st Shift 8-23-62 Erecting Machine 1st 5,737.22 6,387.39
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Geraldine W. Cloninger W F 9th Grade 3rd Shift 3-27-63 Winder 2nd 7,017.78 7,438.71
----------------------------------------------------------------------------------------------------------------------------------------------
 Auto Coner
 Clara B. Gibson W F 2nd Shift 10-28-63 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Mary E. Lineberger W F 2nd Shift 7-16-64 6,238.20 5,849.40
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Faye R. Clippard W F 12th Grade 2nd Shift 8-27-64 Winder Opr. 2nd 7,149.74 7,242.96
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Eulene Wilkinson W F 7th Grade 2nd Shift 9-8-64 Winder 2nd 7,204.77 9,388.60
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Lena B. Jones W F 8th Grade 2nd Shift 3-24-65 Winder Opr. 2nd 4,698.25 4,231.73
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 22

*808
SPUN #2 (Winding Department Seniority Roster)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Mary S. Wall W F 2nd Shift 8-30-65 Winder 2nd 5,370.52 6,361.15
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Lois Musselwhite W F 7th Grade 3rd Shift 10-20-65 Winder 2nd 9,300.83 12,187.15
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Yvonrfe Keever W F 10th Grade 3rd Shift 6-1-67 Winder Opr. 2nd 6,872.44 7,468.35
----------------------------------------------------------------------------------------------------------------------------------------------
 Auto-Coner
 Ellie Smith W F 8th Grade 2nd Shift 7-24-67 C. Winder 3rd 7,067.69 8,225.80
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Tony A. McConnell(Service) W M 1st Shift 11-30-67
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto/Coner
 Azalce Huss W F 3rd Shift 4-21-69 Winder Hand 1st 5,486.90 7,968.01
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Yates McConnell W M 1st Shift 4-26-69 Oil & Tape Man 2nd 6,048.45 6,558.44
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Fixer
 Charles M. Satterfield W M 12th Grade 3rd Shift 4-27-70 Twister Tender 2nd 8,902.96 9,245.90
----------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 John Henry Rose W M 9th Grade 2nd Shift 7-12-72 2,822.57 6,992.86
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Charles T. Black, Jr. W M 10th Grade 2nd Shift 7-18-72 Yarn Man 2nd 1,859.69 4,057.27
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 James W. Abernathy W M 2nd Shift 10-6-72 Yarn Man 2nd 930.50 80.17
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man(PT)
 Ronald Kirkland W M 10th Grade 2nd Shift 11-6-72 Can Pusher 2nd 1,290.15 4,620.57
----------------------------------------------------------------------------------------------------------------------------------------------
 Auto Coner Opr.
 Dedra A. Blake W F 12th Grade 3rd Shift 2-1-73 A/C/ Opr. 3rd - 5,658.30
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Glen Malcolm Robinson W M 10th Grade 2nd Shift 5-14-73 Yarn Man 2nd - 3,186.60
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Teresa E. McKinnish W F 11th Grade 3rd Shift 5-16-73 Roto Coner Opr. 3rd 1,481.20 2,773.74
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Opr.
 Gail Warlick King W F 12th Grade 2nd Shift 5-11-73 R/C/ Opr. 2nd 1,602.98 5,921.32
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Herman A. Ottinger W M 9th Grade 1st Shift 8-14-73 Yarn Man 2nd 2,228.20 2,328.20
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 23

*809
SPUN #2 (Winding Department Seniority Roster)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Geneva H. Oates W F 11th Grade 3rd Shift 8-14-73 Winder Opr. 3rd - 2,836.27
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Clara N. Jones W F 9th Grade 3rd Shift 8-20-73 Winder 2nd 6,078.01 3,830.17
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Bobbie Jo Wynn W F 10th Grade 3rd Shift 8-21-73 Skein Winder 3rd 7,366.68 8,837.58
----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Jerry Ray Chastain W M 3rd Shift 9-6-73 Utility Man 866.92 6,977.46
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Linda W. Black W F 12th Grade 2nd Shift 9-12-73 Winder Tender 2nd - 1,508.26
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Barbara L. Smith W F 12th Grade 3rd Shift 9-19-73 Roto Coner Opr. 3rd - 2,550.53
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Mignol Arlene Heffner W F 12th Grade 3rd Shift 10-4-73 Roto Coner Opr. 3rd - 1,145.23
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Stephen Lee Rogers W M 9th Grade 3rd Shift 10-21-73 Yarn Man 3rd - 1,125.02
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man(PT)
 William Lee Stone W M 10th Grade 2nd Shift 11-13-73 Warper Tender 2nd - 1,571.97
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Stephen D. Earney W M 2nd Shift 1-22-74 -
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Lester E. Lowe W M 2nd Shift 1-21-74 - 3,717.03
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Ronald Lee Sanders B M 3rd Shift 1-25-74 -
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Opr.
 Marylene D. Wooten W F 3rd Shift 2-6-74 958.51
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Joel David Rolen W M 3rd Shift 2-7-74 -
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Clyde Hicks W M 3rd Shift 2-20-74 - 821.79
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 24

*810
SPUN #2 (General Plant)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Head Overhauler
 Miles E. Abernathy W M 1st Shift 11-3-47 Overhauler 1st 8,293.46 8,981.00
----------------------------------------------------------------------------------------------------------------------------------------------
 Overhauler
 William T. Tannent W M 1st Shift 3-16-59 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Asst. Overhauler
 Carl Brown W M 1st Shift 10-29-59 Tub Tender 1st 8,548.37 9,447.47
----------------------------------------------------------------------------------------------------------------------------------------------
 Overhauler
 Thad H. Ballard W M 1st Shift 2-4-74 Yarn Man 3rd 7,935.39 8,472.20
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 25

*811
TURBO (Roving Department)
------------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
------------------------------------------------------------------------------------------------------------------------------------------------
 Staple Section Man
 Clifton Sherrill W M 1st Shift 1-5-48 9,064.24 10,712.51
------------------------------------------------------------------------------------------------------------------------------------------------
 Pin Draft Oper.
 Harvey B. Dills W M 1st Shift 12-14-51 7,462.03 7,758.73
------------------------------------------------------------------------------------------------------------------------------------------------
 Stapler Oper.
 Charlie E. Grigg W M 1st Shift 1-29-52 6,993.18 6,761.85
------------------------------------------------------------------------------------------------------------------------------------------------
 Pin Draft Fixer
 Neil A. Rhyne W M 1st Shift 5-2-47 3-17-52 Roving Man 1st 8,565.10 9,721.12
------------------------------------------------------------------------------------------------------------------------------------------------
 Draw Tender
 Hollis J. Link W M 1st Shift 3-25-52 7,230.57 7,637.85
------------------------------------------------------------------------------------------------------------------------------------------------
 P.D. Sect. Man
 John S. Hoffman W M 3rd Shift 5-20-52 8,322.29 9,920.47
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 James C. Caldwell W M 1st Shift 10-25-54 Upspin Opr. 3rd 11,077.01 14,084.16
------------------------------------------------------------------------------------------------------------------------------------------------
 Stapler & P.D. Sect.
 Edward J. Faulkner W M Man 2nd Shift 4-5-55 Roving Tender 2nd 8,232.05 8,914.87
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Hugh Daniel Abernathy W M 2nd Shift 9-30-55 7,477.52 8,438.64
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Hazel E. Whitworth W F 1st Shift 9-30-57 9-21-59 Roving Tender 3rd 8,832.35 11,058.57
------------------------------------------------------------------------------------------------------------------------------------------------
 Stapler Sect.
 Jacob Arnold Faulkner W M 2nd Shift 11-17-60 Draw Tender 3rd 8,822.59 10,747.18
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Henry A. Varner W M 5th Grade 2nd Shift 9-16-63 6,369.20 4,923.60
------------------------------------------------------------------------------------------------------------------------------------------------
 Stapler Opr.
 Jesse B. Mills W M 2nd Shift 11-25-63 11-25-63 Card Tender 2nd 7,994.29 8,884.33
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Loy G. Fortenberry W M 10th Grade 1st Shift 11-29-63 11-29-63 Pin Draft Opr. 3rd 9,505.60 8,924.42
------------------------------------------------------------------------------------------------------------------------------------------------
 Pin Draft Opr.
 Ronald Franklin Osborne W M 1st Shift 11-31-64 7-27-66 Twister Tender 2nd 5,673.17 5,660.75
------------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 Harlen L. Clemmer W M 1nd Shift 7-13-67 Roving Tender 3rd 9,462.10 11,777.27
------------------------------------------------------------------------------------------------------------------------------------------------
 Pin Draft Opr.
 James Edward Estes W M 12th Grade 3rd Shift 8-27-61 5-30-68 Yarn Man 3rd 8,292.59 7,166.03
------------------------------------------------------------------------------------------------------------------------------------------------
 Page 26

*812
TURBO (Roving Department)
------------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
------------------------------------------------------------------------------------------------------------------------------------------------
 Pin Draft Opr.
 Kenneth B. Garrison W M 3rd Shift 1950 8-22-68 Roving Tender 1st 7,904.53 9,008.15
------------------------------------------------------------------------------------------------------------------------------------------------
 Turbo Stapler Opr.
 Richard A. Justice W M 10th Grade 2nd Shift 8-6-68 10-7-68 Sweeper 2nd 7,324.81 7,002.34
------------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 James Edward Reagan W M 2nd Shift 7-11-68 11-9-68 Card Tender 8,699.02 9,552.46
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Troy Gardner B M 3rd Shift 8-15-56 5-29-71 Tractor Drive 9,035.52 9,983.83
------------------------------------------------------------------------------------------------------------------------------------------------
 P. D. Opr.
 Sarah Lindsay Lewis B F 10th Grade 2nd Shift 4-10-72 4-10-72 P. D. Opr. 3rd 3,708.70 5,824.69
------------------------------------------------------------------------------------------------------------------------------------------------
 P. D. Opr.
 Ellen W. Kale W F 3rd Shift 2-12-73 3-7-73 Skein Opr. - 5,392.12
------------------------------------------------------------------------------------------------------------------------------------------------
 Con Pusher/
 Jerry Bruce O'Donoghue W M 11th Grade Sweeper 1st Shift 3-26-69 3-29-73 Yarn Man 2nd - 4,549.24
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Lloyd A. O'Donoghue W M 9th Grade 1st Shift 6-14-67 3-29-73 Yarn Man 1st - 6,036.24
------------------------------------------------------------------------------------------------------------------------------------------------
 Turbo Opr.
 Rickey McCorkle B M 10th Grade 2nd Shift 5-11-73 5-11-73 Turbo Opr. 2nd - 2,016.08
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 James Edward Rose W M 12th Grade 2nd Shift 7-17-73 - 4,614.26
------------------------------------------------------------------------------------------------------------------------------------------------
 P. D. Opr.
 Sylvia Boothe Mort W F 10th Grade 3rd Shift 10-2-72 7-23-73 P. D. Opr. 1,188.25 3,529.32
------------------------------------------------------------------------------------------------------------------------------------------------
 Turbo Opr.
 Flovd Kevin Viers W M 10th Grade 2nd Shift 8-22-73 - 2,490.87
------------------------------------------------------------------------------------------------------------------------------------------------
 Turbo Opr.
 Randy David Stilwell W M 10th Grade 2nd Shift 8-22-73 - 2,207.92
------------------------------------------------------------------------------------------------------------------------------------------------
 P. D. Opr.
 Kyle Frank Howell W M 10th Grade 2nd Shift 10-31-72 9-19-73 Bobbin Stripper 2nd 620.73 3,488.42
------------------------------------------------------------------------------------------------------------------------------------------------
 P. D. Opr.
 Jeffrey John Graska W M 11th Grade 2nd Shift 10-1-73 - 1,441.63
------------------------------------------------------------------------------------------------------------------------------------------------
 P. D. Opr.
 David M. Blakely W M 3rd Shift 10-10-73 - 1,288.61
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Dennis A. Osborne W M 10th Grade 2nd Shift 6-3-69 10-22-73 Yarn Man 2nd - 1,562.73
------------------------------------------------------------------------------------------------------------------------------------------------
 Page 27

*813
TURBO (Roving Department)
------------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
------------------------------------------------------------------------------------------------------------------------------------------------
 Turbo Opr.
 John H. Petty W M 8th Grade 2nd Shift 10-22-73 - 1,169.62
------------------------------------------------------------------------------------------------------------------------------------------------
 Can Pusher/
 John Henry Hill, Jr. B M Sweeper 3rd Shift 11-20-73 - 448.56
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Robent Carl Shelton W M 3rd Shift 11-21-73 - 460.71
------------------------------------------------------------------------------------------------------------------------------------------------
 P. D. Opr.
 Barbara Y. Dellinger W F 3rd Shift 11-28-73 - 346.99
------------------------------------------------------------------------------------------------------------------------------------------------
 Turbo Opr.
 Martin E. Anderson, Jr. W M 3rd Shift 1-8-74 806.56 -
------------------------------------------------------------------------------------------------------------------------------------------------
 P. D. Opr.
 Ronald J. McElveen W M 3rd Shift 1-10-74 179.60 186.35
------------------------------------------------------------------------------------------------------------------------------------------------
 Roving Tender
 Johnny W. Dellinger W M 3rd Shift 1-23-74 - -
------------------------------------------------------------------------------------------------------------------------------------------------
 Draw Tender
 Barry W. Howard W M 3rd Shift 2-4-74 - 131.28
------------------------------------------------------------------------------------------------------------------------------------------------
 Draw Tender
 H. Wayne Gregory W M 3rd Shift 2-11-74 - -
------------------------------------------------------------------------------------------------------------------------------------------------
 Turbo Opr. P. D. Opr./Can
 Douglas Fred Parker W M 9th Grade 3rd Shift 12-28-71 2-12-74 Pusher 2nd 8,454.25 9,846.19
------------------------------------------------------------------------------------------------------------------------------------------------
 Pin Draft Opr.
 Mark E. Bridges W M 2nd Shift 2-12-74 - -
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------
 Page 28

*814
TURBO (Spinning Department)
------------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Grace Wilson W F 1st Shift 8-27-45 5,669.08 6,386.50
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Pearl D. Helms W F 1st Shift 1-2-48 5,397.57 6,298.59
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Stella Mae Kirkland W F 1st Shift 1-30-48 8,844.15 9,244.79
------------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 Robert N. Lineberger W M 1st Shift 3-26-48 11,176.33 10,640.82
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Oklamae Reel W F 1st Shift 4-5-48 6,401.12 7,816.24
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Macie B. Wilkinson W F 1st Shift 4-30-48 6,163.68 6,040.49
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Gwendolyn Helms W F 1st Shift 5-1-48 Spinner 4,813.34 6,209.30
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Martha B. Conner W F 1st Shift 5-28-48 5,931.90 7,044.45
------------------------------------------------------------------------------------------------------------------------------------------------
 Tube Cleaner
 Laura C. Bowen W F 1st Shift 5-11-49 Spinner 4,813.34 6,209.30
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Edith S. Schronce W F 3rd Shift 7-13-49 Spinner 5,393.71 -
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Helen L. Mauney W F 1st Shift 7-16-48 11-21-49 Spinner 1st 4,302.41 6,921.08
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Mable Ruth Fisher W F 1st Shift 1-9-50 Spinner 5,286.33 5,084.07
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Mary H. Cannon W F 1st Shift 1-20-50 Spinner 5,096.61 6,040.55
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Alva H. Walker W F 1st Shift 10-15-51 5,088.33 5,892.52
------------------------------------------------------------------------------------------------------------------------------------------------
 Creel Changer
 Cora A. Sherrill W F 1st Shift 1-13-51 10-29-51 Spinner 1st 5,178.52 6,367.26
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Genevieve H. Moore W F 2nd Shift 8-16-49 11-19-51 Spinner 3,926.94 6,025.17
------------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Irene E. Rudisill W F 2nd Shift 6-7-48 3-6-53 Spinner Learner 2nd 5,142.47 5,694.86
------------------------------------------------------------------------------------------------------------------------------------------------
 Page 29

*815
 TURBO (Spinning Department)
-----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
-----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Dorothy H. Morris W F 2nd Shift 2-19-48 3-13-53 Spinner Learner 2nd 5,205.62 6,007.77
-----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Eusbeay H. Hovis W F 2nd Shift 7-1-53 5,175.53 5,927.62
-----------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
 Lewis Yates Stroupe W M 1st Shift 5-16-55 6-20-55 Oiler 3rd 6,796.07 8,791.71
-----------------------------------------------------------------------------------------------------------------------------------------------
 Oil & Tape
 Raymond Osborne W M 2nd Shift 4-14-48 7-12-55 Spinner Doffer 2nd 9,496.91 8,126.62
-----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Ruth Palmer Lineberger W F 2nd Shift 3-31-58 5,360.09 7,221.55
-----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Joyce L. McGinnis W F 3rd Shift 1-5-60 5,924.69 6,760.02
-----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Brice R. Whitesides W M 10th Grade 3rd Shift 4-19-60 5,556.34 8,891.89
-----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Lillie Mae Herron W F 2nd Shift 10-27-58 8-1-60 Spinner 3rd 4,379.50 5,841.51
-----------------------------------------------------------------------------------------------------------------------------------------------
 Tube Changer
 Mae Bell Glenn W F 12th Grade 2nd Shift 5-19-60 11-9-61 Spinner Learner 2nd 6,725.13 10,620.82
-----------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 Glenn F. Smith W M 3rd Shift 2-6-61 6-1-62 Roving Tender 3rd 7,294.29 8,702.89
-----------------------------------------------------------------------------------------------------------------------------------------------
 Oil & Tape
 Frank J. Perkins W M 1st Shift 3-21-60 6-29-62 Twister Tender 3rd 3,394.85 6,228.13
-----------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 Jerry W. Loftin W M 10th Grade 2nd Shift 6-23-60 6-6-63 Pin Draft Learn 9,511.59 11,457.64
-----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Ida Nadine Osborne W F 2nd Shift 11-16-73 - 1,002.65
-----------------------------------------------------------------------------------------------------------------------------------------------
 Oil & Tape
 Ralph Lee Brown W M 3rd Shift 11-19-73 4,466.33 5,418.08
-----------------------------------------------------------------------------------------------------------------------------------------------
 Spin Doffer
 Billy Ray Ford W M 3rd Shift 11-28-73 - 372.02
-----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Hauler
 Shawn P. Graska W M 2nd Shift 12-26-73 - -
-----------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
 Tommy Lewis Clemmer W M 10th Grade 2nd Shift 4-17-70 1-1-74 Roving Hauler 2nd 1,887.62 1,429.67
-----------------------------------------------------------------------------------------------------------------------------------------------
 Page 30

*816
TURBO (Spinning Department)
-----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
-----------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
 Frank D. Howell W M 1st Shift 11-20-60 1-9-74 Twister Tender 3rd 1,629.67 6,286.69
-----------------------------------------------------------------------------------------------------------------------------------------------
 Roving Hauler
 Billy Keith Webb W M 2nd Shift 1-14-74 - 1,552.05
-----------------------------------------------------------------------------------------------------------------------------------------------
 Spinning Doffer
 John Henry Benfield W M 2nd Shift 1-16-74 1,669.47 2,096.81
-----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner
 Jean Herrin Gregory W F 3rd Shift 1-28-74 - -
-----------------------------------------------------------------------------------------------------------------------------------------------
 Spinner (Temp)
 Mae Fish W F 1st Shift 8-7-72 2-18-74 Spinner 2nd 1,617.00 2,075.78
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
 Page 31

*817
TURBO (Worsted Winding Department Seniority Roster)
-----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
-----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Operator
 Lola M. Ballard W F 1st Shift 6-1-41 6,855.12 7,235.58
-----------------------------------------------------------------------------------------------------------------------------------------------
 Auto-Coner
 Mildred K. Howard W F 1st Shift 4-29-42 6,812.13 8,161.76
-----------------------------------------------------------------------------------------------------------------------------------------------
 Fixer
 James O. Mauney W M 1st Shift 1-1-43 7,495.65 8,833.03
-----------------------------------------------------------------------------------------------------------------------------------------------
 Double
 Myrtle S. Armstrong W F 1st Shift 6-16-43 5,146.16 5,672.83
-----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Ella M. McGinnis W F 1st Shift 1-19-43 7,103.53 8,820.64
-----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Theresa Jov W F 1st Shift 9-18-45 6,719.41 7,060.01
-----------------------------------------------------------------------------------------------------------------------------------------------
 Packer
 Tennyson Hovis W M 2nd Shift 11-12-45 5,200.62 6,515.66
-----------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 Ancil P. Glenn W M 1st Shift 12-10-45 8,350.39 10,126.15
-----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Willie Mae Hovis W F 1st Shift 3-12-46 5,162.96 6,661.25
-----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Louise McG. Stephens W F 1st Shift 1946 6,261.03 5,251.41
-----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Phyllis B. Cannon W F 1st Shift 9-27-47 6,176.68 7,054.31
-----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Beulah Webb Guerin W F 1st Shift 1-19-48 5,261.03 5,251.41
-----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 May H. Cloninger W F 1st Shift 2-5-48 5,726.33 6,739.10
-----------------------------------------------------------------------------------------------------------------------------------------------
 Labeler Op.
 Clara C. Crouse W F 1st Shift 2-24-48 5,619.82 6,239.74
-----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Winder
 Perry F. Shelton W M 1st Shift 3-19-48 7,187.14 6,551.23
-----------------------------------------------------------------------------------------------------------------------------------------------
 Packer
 Doris E. Lowe W F 1st Shift 9-13-48 6,876.25 7,862.54
-----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Sect. Man
 Olin George Moore W M 1st Shift 7-23-47 9-18-50 Sweeper/Oiler 3rd 8,034.11 9,076.78
-----------------------------------------------------------------------------------------------------------------------------------------------
 Page 32

*818
 TURBO (Worsted Winding Department Seniority Roster)
-----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
-----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Service
 Ruth A. Cloninger W F 1st Shift 1-30-52 6,585.77 7,613.72
-----------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 Hall M. Morris W M 1st Shift 12-8-47 2-2-52 Window Clerk 1st 8,407.73 9,531.56
-----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Operator
 Louzanie B. Lowe W F 1st Shift 6-7-48 5-12-52 Cone Winding Opr. 2nd 6,009.45 6,531.29
-----------------------------------------------------------------------------------------------------------------------------------------------
 Auto-Coner
 Bertha T. McClure W F 2nd Shift 7-16-52 6,697.65 7,707.90
-----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Gladys Lowe W F 1st Shift 2-9-48 6-16-52 Cone Winding Opr. 5,098.40 6,565.23
-----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Beulah I. Homesley W F 1st Shift 7-24-52 6,948.07 8,134.89
-----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Jane C. Garrison W F 3rd Shift 10-29-52 6,288.02 6,770.48
-----------------------------------------------------------------------------------------------------------------------------------------------
 Head Packer
 Robert I. Ingle, Jr. W M 1st Shift 4-17-51 6-5-53 Yarn Man 2nd 9,544.70 11,582.69
-----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Opr.
 Josephine L. Hooper W F 1st Shift 6-23-53 6-23-53 Winder Opr. 3rd 4,068.62 3,967.24
-----------------------------------------------------------------------------------------------------------------------------------------------
 Packer
 Nell L. Sisk W F 1st Shift 4-3-47 11-11-54 Conewinding 1st 5,464.84 5,808.54
-----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Edna B. Caldwell W F 1st Shift 5-6-55 5-6-55 Winder Opr. 3rd 5,320.52 5,252.32
-----------------------------------------------------------------------------------------------------------------------------------------------
 Packer
 Clarence A. Smith W M 1st Shift 7-11-55 7-11-55 6,164.04 6,487.98
-----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Opr.
 Gladys E. Lawing W F 1st Shift 8-22-55 8-22-55 7,531.43 8,198.45
-----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Winder
 Johnnie L. Ingle W F 1st Shift 5-14-56 5-14-56 7,599.09 7,550.85
-----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Schlaster S. Faulkner W 2nd Shift 5-16-56 5-16-56 Winder 2nd 6,054.88 6,901.11
-----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Operator
 Mary A. McConnell W F 1st Shift 10-24-56 4-21-58 Winder Opr. 6,511.39 6,328.43
-----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Operator
 Genora McG. Abernathy W F 1st Shift 4-21-58 6,789.44 7,033.09
-----------------------------------------------------------------------------------------------------------------------------------------------
 Page 33

*819
TURBO (Worsted Winding Department Seniority Roster)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Winder Tender
 Blanch B. Dixon W F 1st Shift 8-20-58 11-3-58 Winder 3rd 5,974.68 7,520.89
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Winder
 Martha H. Land W F 1st Shift 11-12-58 11-12-58 Winder 2nd 5,061.02 6,108.22
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Winder
 Nancy W. Bradshaw W F 1st Shift 2-19-59 2-19-59 Winder 2nd 7,771.33 7,857.58
----------------------------------------------------------------------------------------------------------------------------------------------
 Spare Hand
 Ruth Viola Faulkner W F 7th Grade 2nd Shift 8-24-59 8-24-59 7,427.24 9,135.67
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Catherine A. Idol W F 9th Grade 3rd Shift 7-23-59 2-18-60 Winder Opr. 3rd 5,446.87 6,775.22
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Winder
 Billie K. Wilkinson W F 1st Shift 4-18-60 4-18-60 Winder Learner 2nd 6,855.06 7,315.13
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Winder
 Ethel B. Dellinger W F 1st Shift 6-13-60 6-13-60 Learner Winder 1st 6,088.17 5,972.24
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Winder
 Doris Anderson W F 1st Shift 5-4-61 8,243.35 10,053.29
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Service
 Faye C. Mace W F 1st Shift 3-11-60 3-30-62 Winding 3rd - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Operator
 Ruby M. Waters W F 1st Shift 4-2-62 4-2-62 Reel Opr. 6,209.25 6,348.37
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Winder
 Shirley F. Bradshaw W F 2nd Shift 5-10-62 5-10-62 6,077.38 7,383.71
----------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 James B. Long W M 3rd Shift 10-30-61 10-22-62 Roving Hauler 3rd 7,945.71 9,567.14
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 James A. Crowder W M 11th Grade 1st Shift 7-13-59 9-16-63 Yarn Man 2nd 5,312.68 6,144.22
----------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 Curtis Allen Hubbard W M 2nd Shift 8-26-58 4-6-64 Spinning Doffer 7,767.51 9,794.29
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Winder
 Vivian F. Abernathy W F 1st Shift 11-15-65 6,070.29 7,367.07
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Opr.
 Nell V. Elders W F 11th Grade 1st Shift 3-7-66 3-21-66 Winder 3rd 5,945.49 6,456.95
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Everett L. Waters W M H.S. & 2 yr. col.1st Shift 3-9-64 10-28-66 Sweeper 3rd 5,459.87 6,005.66
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 34

*820
TURBO (Worsted Winding Department Seniority Roster)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Winder
 Becky Shelton W F 11th Grade 1st Shift 8-5-66 8-10-67 Skein Winder Learner 5,656.58 5,836.08
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Carrie H. Horne W F 9th Grade 2nd Shift 7-25-66 11-6-67 Reel Opr. 2nd 5,295.96 5,767.00
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Judy Queen W F 12th & IBM 2nd Shift 2-5-64 11-20-67 Reel Opr. 3rd 6,486.72 -
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Winder
 Cecil D. Abernathy W M 1st Shift 3-8-68 6,361.31 6,957.56
----------------------------------------------------------------------------------------------------------------------------------------------
 Auto Coner Tender
 Mamie L. Stone W F 12th + College 2nd Shift 3-8-62 6-15-68 Winder 2nd 5,849.04 5,623.80
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Winder
 Jo Ann Nantz W F 11th Grade 1st Shift 7-9-68 7-9-68 3,342.41 7,029.49
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Ethel H. Hovis W F 10th Grade 2nd Shift 2-4-64 8-12-68 Reel Opr. 3rd 6,026.77 6,761.22
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Lillian H. Sain W F 12th Grade 1st Shift 10-3-68 10-3-68 6,270.98 7,151.19
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Winder
 Jackie W. Nantz W F 2nd Shift 12-2-68 12-2-68 4,588.59 6,577.79
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto-Coner
 Margie N. Smith W F 2nd Shift 2-14-69 2-14-69 5,274.28 7,044.65
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Winder
 Virgie C. Woody W F 10th Grade 2nd Shift 6-16-69 6-16-69 5,681.63 6,214.04
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Tender
 Mamie McAlister W F 3rd Shift 3-22-68 10-31-69 Skein Winder 3rd 4,903.42 5,627.21
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto-Coner Tender
 Doris N. Handsel W F 12th Grade 3rd Shift 7-30-70 7-30-70 5,872.27 6,581.26
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Willie Lee Homesley W M 3rd Shift 3-11-60 11-26-71 Skein Winder 2nd 5,736.76 6,005.38
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Opr.
 Bonnie B. Hovis W F 3rd Shift 5-2-62 11-26-71 Skein Winder 1st 6,011.71 6,889.42
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Betty A. Spargo W F 2nd Shift 2-27-62 1-3-72 Skein Winder Tender 5,676.52 3,585.32
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Joyce Faye Hicks W F 9th Grade 2nd Shift 8-25-65 2-14-72 Winder 2nd 4,519.04 7,001.54
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 35

*821
TURBO (Worsted Winding Department Seniority Roster)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Shirley J. Adams W F 1st Shift 3-20-72 4,233.89 6,436.99
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Rose Eva Hamby W F 6th Grade 2nd Shift 5-8-72 5-8-72 2,892.51 4,453.81
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Linda H. Clark W F 3rd Shift 6-6-72 372.47 -
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Yarn Cond.
 David W. Sisk W M 1st Shift 3-22-55 7-11-72(T) Card Rm. Sweeper 3rd 5,006.14 6,604.49
----------------------------------------------------------------------------------------------------------------------------------------------
 R/C/Opr.
 Freda A. Cross W F 11th Grade 2nd Shift 3-6-69 7-24-72 Roto Coner 2nd 3,771.22 5,654.73
----------------------------------------------------------------------------------------------------------------------------------------------
 R/C/Opr.
 Linda L. Aldridge W F 2nd Shift 7-24-72 2,076.64 5,831.46
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Mary L. Chappell W F 2nd Shift 7-31-72 7-31-72 1,779.98 5,047.59
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Gustine Setzer W M 3rd Shift 8-22-72 8-22-72 1,916.78 5,821.61
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel & Skein Sect.
 Charles D. Hammack W M Man 3 Shift 1950 8-21-72(T) 12,489.14 13,089.46
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Phillis A. Abernathy W F 2nd Shift 8-25-72 1,709.03 6,110.54
----------------------------------------------------------------------------------------------------------------------------------------------
 Winder Opr.
 Dorothy M. McDowell B F 10th Grade 2nd Shift 8-30-72 8-30-72 Winder Opr. 2nd 1,461.70 5,433.81
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Ralph McGinnis W M 1st Shift 9-21-72 9-21-72 Yarn Man 2nd 1,286.25 6,001.67
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Velma B. Rose W F 2nd Shift 9-25-72 1,228.26 1,624.44
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 James A. Carpenter W M 2nd Shift 10-17-72 10-17-72 5,611.84 903.90
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Debra D. Ottinger W F 2nd Shift 4-26-72 12-29-72 Skein Winder Tender 2nd - 3,271.20
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Lucy Tate McKinney W F 4th Grade 2nd Shift 7-15-71 2-6-73 Skein Winder Tender 2nd 2,770.16 4,539.61
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Virgil Cody, Jr. W M 11th Grade 3rd Shift 2-12-73 2-12-73 5,017.04 -
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 36

*822
TURBO (Worsted Winding Department Seniority Roster)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Betty C. Carpenter W F 9th Grade 3rd Shift 2-13-73 2-13-73 4,626.53 -
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Sibyl Bonita Burch B F 2nd Shift 3-23-73 3-23-73 Winder Tender 2nd - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Frances R. Martin W F 11th Grade 3rd Shift 4-12-73 4-12-73 Reeling Tender 1st - 3,939.68
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Rosemary Woodard W F 11th Grade 2nd Shift 8-2-71 4-19-73 Skein Opr. 2nd 1,331.23 3,883.67
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Jackie Dean Schronce W M 11th Grade 2nd Shift 4-23-73 4-23-73 - 2,624.63
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Jerry Thomas Quilliams W M 9th Grade 2nd Shift 7-20-72 5-7-73 Yarn Man 2nd 1,243.37 -
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Esther M. Fields W F 8th Grade 3rd Shift 5-8-73 5-8-73 - 2,403.25
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Virginia W. Quilliams W F 9th Grade 2nd Shift 5-17-73 5-17-73 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Betty Sue Howell W F 10th Grade 2nd Shift 6-8-73 6-8-73 Winder Opr. 2nd - 2,658.02
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Judy S. Wiley W F H.S. & Bus. Col. 2nd Shift 6-11-73 6-11-73 Skein Winder Tender 2nd - 3,140.58
----------------------------------------------------------------------------------------------------------------------------------------------
 Auto Coner Opr.
 Barbara C. Haynie W F 10th Grade 3rd Shift 6-19-73 6-19-73 A/C/ Opr. 3rd - 2,857.45
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Julia Devito W F 9th Grade 3rd Shift 3-19-73 7-16-73 Skein Opr. 3rd - 3,506.67
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Mary Jane Lewis B F 12th Grade 3rd Shift 1-3-72 7-17-73 Winder Tender 3rd 4,571.46 3,896.85
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Evelyn Janette Childers W F 10th Grade 3rd Shift 2-14-73 7-23-73 R/C Opr. - 2,283.17
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Billie Jean Hall W F 12th Grade 3rd Shift 7-24-73 7-24-73 Reel Tender 3rd - 2,653.71
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Wayne Woodard W M 8th Grade 2nd Shift 12-28-70 7-27-73 Yarn Man 2nd 5,427.84 4,584.59
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Brenda F. Ballard W F 2nd Shift 7-30-73 3,196.95 3,768.59
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 37

*823
 TURBO (Worsted Winding Department Seniority Roster)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Billy Glenn Smith W M 10th 2nd Shift 10-28-70 8-2-73 Yarn Man 2nd 2,124.85 5,293.57
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Barbara Fay Woody W F 2nd Shift 8-3-73 4,039.22 6,409.83
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Rickey Dale Williams W M 10th 2nd Shift 8-20-73 8-20-73 Yarn Man 2nd - 1,104.29
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Madeline C. Brewster W F 3rd Shift 6-20-68 8-22-73 Winder Tender 3rd 2,053.29 3,897.90
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Lucy L. Lineberger W F 9th 3rd Shift 9-13-62 8-23-73 Skein Winder Learner 2nd - 2,266.44
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Debra Lee Philbeck W F 11th 2nd Shift 5-11-72 9-5-73 Skein Tender 2nd 1,031.44 3,884.48
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Rhonda G. Huscusson W F 11th 3rd Shift 9-10-73 9-10-73 Reel Tender 3rd - 1,421.80
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Linda J. Mills W F 2nd Shift 8-25-71 10-9-73 R/C opr. 4,344.12 3,960.36
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Agnes L. Deckard W F 8th 3rd Shift 10-17-73 - 1,124.88
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Doris J. Ottinger W F 8th 2nd Shift 12-20-71 10-22-73 Skein Opr. 2nd 1,105.54 1,028.88
----------------------------------------------------------------------------------------------------------------------------------------------
 Steamer Yarn Man
 James B. Rogers W M 9th 3rd Shift 10-13-71 10-30-73 Spinning Doffer 2nd 2,458.71 4,946.10
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Deborah A. Thompson W F 8th 2nd Shift 11-6-73 - 777.56
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Linda L. Nolen W F 11th 3rd Shift 11-7-73 11-7-73 Yarn Man 3rd - 720.51
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Billie B. Chronister W M 2nd Shift 11-7-73 1,667.08 2,081.37
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Kathie L. Boothe W F 2nd Shift 11-9-73 - 693.52
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Joyce D. Smith W F 9th 2nd Shift 11-12-73 - 592.73
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Shirley Mac Lineberger W F 3rd Shift 11-13-73 - 699.96
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 38

*824
 TURBO (Worsted Winding Department Seniority Roster)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Dorothy W. Huffstetler W F 3rd Shift 11-17-73 - 2,411.79
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Mae Stewart Chambers W F 2nd Shift 11-19-73 - 400.08
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Geraldine E. Eaton W F 2nd Shift 11-23-73 394.42 4,295.16
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Barbara Ann Wilkerson W F 3rd Shift 12-3-73 - 339.64
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Carol Sue Wilkerson W F 3rd Shift 12-3-73 - 339.64
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Phyllis K. Ross W F 2nd Shift 12-3-73 1,434.54 6,572.68
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Lillian Jane Fulghum W F 3rd Shift 12-27-73 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Bessie Duane Harris W F 3rd Shift 12-27-73 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Harold Patton, Jr. W M 3rd Shift 12-28-73 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Judy Ann Mills W F 2nd Shift 12-31-73 - 2,432.81
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Wayne Crosby W M 2nd Shift 1-1-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Mary Jane Williamson W F 2nd Shift 1-7-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Mamie C. Morris W F 3rd Shift 1-7-74 - 579.23
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Mildred Mae Terry W F 3rd Shift 1-10-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Patricia B. Harris W F 3rd Shift 1-10-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Phyllis M. Sutphin W F 3rd Shift 1-14-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Pansy Joe Bryson W F 3rd Shift 1-14-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 39

*825
 TURBO (Worsted Winding Department Seniority Roster)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Bessie W. Lewis W F 3rd Shift 1-15-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Brenda Nolen Walker W F 3rd Shift 1-16-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Vaughn L. Harris, II W M 2nd Shift 1-15-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Ray A. Mitchell W M 2nd Shift 1-16-74 74.73 -
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Elva H. Helderman W F 1st Shift 1954 1-17-74 Warper Creeler 2nd 1,658.20 2,094.91
----------------------------------------------------------------------------------------------------------------------------------------------
 Packer
 Steve K. Hamby W M 2nd Shift 1-21-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Calvin Thomas Carpenter W M 12th 1st Shift 7-19-73 1-21-74 10-B Yarn Man 2nd - 264.24
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Ralph Fulghum W M 3rd Shift 1-21-74 - 264.24
----------------------------------------------------------------------------------------------------------------------------------------------
 Skein Opr.
 Murline Hord W F 2nd Shift 1-23-74 - 2,258.90
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Archie Thomas Ervin, Jr. W M 3rd Shift 1-29-74 - 1,425.04
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Kathryn L. Payne W F 2nd Shift 1-30-74 778.29 -
----------------------------------------------------------------------------------------------------------------------------------------------
 Yarn Man
 Floyd Kevin Viers W M 10th 2nd Shift 8-22-73 2-1-74 Turbo Opr. 2nd - 2,490.87
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Anna Sue Baynard W F 3rd Shift 2-11-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Shirley Lou Beaty W F 3rd Shift 2-11-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Oveita D. Rhyne W F 2nd Shift 2-11-74 7,488.92 2,091.60
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Marie P. Abernathy W F 3rd Shift 2-18-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Reel Tender
 Virginia B. Blakely W F 2nd Shift 2-20-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 40

*826
 TURBO (Worsted Winding Department Seniority Roster)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Roto Coner Opr.
 Shawn G. Nolen W M 3rd Shift 2-21-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 Yvonne Barr W F 3rd Shift 2-21-74 - 75.60
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 41

*827
 TURBO (Twisting Department)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 David C. Kincaid W M 1st Shift 1-1-48 9,285.72 -
----------------------------------------------------------------------------------------------------------------------------------------------
 Twister Tender
 Clyde I. Perkins W M 1st Shift 4-11-55 Twister Tender 1st 9,040.39 8,504.22
----------------------------------------------------------------------------------------------------------------------------------------------
 Twister Tender
 Mottie S. Bumgardner W F 1st Shift 4-24-55 5,402.50 -
----------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 Hazel H. Kennedy W F 3rd Shift 7-22-55 9,209.0211,028.15
----------------------------------------------------------------------------------------------------------------------------------------------
 Twister Tender
 Kenneth V. Long W M 1st Shift 5-5-56 5,955.59 6,484.77
----------------------------------------------------------------------------------------------------------------------------------------------
 Section Man
 Clande Lee Brackett W M 2nd Shift 8-20-58 10,292.8010,650.87
----------------------------------------------------------------------------------------------------------------------------------------------
 Twister Fixer
 William P. Howie W M 1st Shift 10-29-62 6,432.97 7,658.65
----------------------------------------------------------------------------------------------------------------------------------------------
 Sweeper/Yarn Man
 Frank W. Spencer W M 1st Shift 5-7-60 8-1-64 Twister Tender 2nd 6,871.23 8,077.34
----------------------------------------------------------------------------------------------------------------------------------------------
 Twister Tender
 Jerry M. Woody W M 7th 2nd Shift 9-7-66 9-12-67 Yarn Man 2nd 7,859.92 8,258.81
----------------------------------------------------------------------------------------------------------------------------------------------
 Twister Tender
 James Tallent W M 7th 3rd Shift 8-18-65 2-1-70 Sweeper 3rd 6,930.32 8,332.07
----------------------------------------------------------------------------------------------------------------------------------------------
 H & B Tender
 Rose Ann Boggs W F 3rd Shift 7-25-66 3-15-71 Reel Learn.3rd Frm. Winding 4,777.60 5,829.51
----------------------------------------------------------------------------------------------------------------------------------------------
 10-B Twister Tender
 John Lewis Johnston W M 10th 2nd Shift 6-26-72 6-26-72 10-B Twister Tend. 2nd 4,168.14 8,016.50
----------------------------------------------------------------------------------------------------------------------------------------------
 10-B Twister Opr.
 George W. Stone W M 10th 3rd Shift 7-29-59 9-18-72 Twister Tender 3rd 2,096.20 9,383.55
----------------------------------------------------------------------------------------------------------------------------------------------
 10-B Sweeper
 Herman W. Stephens W M 1st Shift 5-1-55 10-19-72 Twister Tender 3rd 933.39 6,048.65
----------------------------------------------------------------------------------------------------------------------------------------------
 H & B Twister Opr.
 Lillian I. Steele W F 10th 3rd Shift 8-30-68 10-7-72 (T) Twister Opr. 3rd 1,565.41 4,855.41
----------------------------------------------------------------------------------------------------------------------------------------------
 H & B Twister Opr.
 Rosa Lee.Reagan W F 8th 2nd Shift 9-3-68 12-11-72 Twister Tender 3rd 224.48 6,539.55
----------------------------------------------------------------------------------------------------------------------------------------------
 10-B Yarn Man
 Mariam L. Walker W F 11th 3rd Shift 3-11-70 5-31-73 Skein Opr. 863.87 3,850.72
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 42

*828
 TURBO (Twisting Department)
----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973
----------------------------------------------------------------------------------------------------------------------------------------------
 10-B Twister Opr.
 Virgil Lee Griffin W M 7th 2nd Shift 9-4-73 9-4-73 10-B Twister Opr. 2nd - 6,194.48
----------------------------------------------------------------------------------------------------------------------------------------------
 10-B Twister Opr.
 William Jerry Pennell W M 7th 3rd Shift 9-14-67 10-24-73 Yarn Man 3rd - 2,325.74
----------------------------------------------------------------------------------------------------------------------------------------------
 H & B Twister Opr.
 Mollie B. Patton W F 3rd Shift 12-29-73 - 769.38
----------------------------------------------------------------------------------------------------------------------------------------------
 10-B Yarn Man
 Floyd G. Hines, Jr. W M 2nd Shift 1-24-74 - -
----------------------------------------------------------------------------------------------------------------------------------------------
 10-B Operator
 Jerry J. Crawford W M 3rd Shift 2-13-74 86.09 -
----------------------------------------------------------------------------------------------------------------------------------------------
 10-B Operator
 Terry Lowery W M 3rd Shift 2-21-74 - 137.95
----------------------------------------------------------------------------------------------------------------------------------------------
 10-B Twister Opr.
 Vernon R. Chandler W M 2nd Shift 9-21-73 2-21-74 Roving Tender 2nd - 212.48
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------------------------------------
 Page 43

*829
 TURBO (General Plant)
-----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973 
-----------------------------------------------------------------------------------------------------------------------------------------------
 Head Overhauler
 Frederick C. Moore W M 1st Shift 1-5-48 1-5-48 6,850.21 7,221.01
-----------------------------------------------------------------------------------------------------------------------------------------------
 Overhauler
 Robert Wilkinson, Jr. W M 1st Shift 5-22-50 6,108.89 6,676.88
-----------------------------------------------------------------------------------------------------------------------------------------------
 Overhauler
 J. D. Garrison W M 1st Shift 4-27-59 6,767.00 7,735.55
-----------------------------------------------------------------------------------------------------------------------------------------------
 Janitor
 Logan Nantz W M 1st Shift 3-1-49 5-22-69 Speeder Tender 3rd 5,670.29 7,365.76
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
 Page 44

*830
 (Shipping Department Service Roster)
-----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973 
-----------------------------------------------------------------------------------------------------------------------------------------------
 Wastehouseman
 Virgiel McLean B M 2nd Shift 4-21-56 4-21-56 Wastehouseman 8,909.23 11,875.49
-----------------------------------------------------------------------------------------------------------------------------------------------
 Opening Rm.
 Theados Lemar Paysour B M Serviceman 1st Shift 10-5-59 10-5-59 Laborer 1st 4,681.19 6,328.96
-----------------------------------------------------------------------------------------------------------------------------------------------
 Shuttle Driver
 Robert Costner B M 1st Shift 10-14-67 6,216.43 6,168.77
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer
 Ray Lewis McDowell B M 1st Shift 1-10-68 1-10-68 Laborer 1st 4,276.88 4,899.41
-----------------------------------------------------------------------------------------------------------------------------------------------
 Fork Lift Opr.
 Albert McDowell B M 1st Shift 5-11-64 3-14-68 Laborer 1st 4,617.93 4,206.89
-----------------------------------------------------------------------------------------------------------------------------------------------
 O. R. Serviceman
 DiHard P. McDowell B M 9th 1st Shift 1-6-69 1-6-69 Laborer 1st 5,290.37 4,903.77
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer
 William Andy Lawrence B M 1st Shift 2-12-70 2-12-70 Laborer 1st 5,353.78 6,100.53
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer
 William K. Boggs W M 1st Shift 6-2-72(T) 3,208.21 5,453.10
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer(Service)
 Donald C. Holloway W M 1st Shift 8-22-72 319.82 -
-----------------------------------------------------------------------------------------------------------------------------------------------
 O. R. Serviceman
 Marshall L. McLean B M 11th 3rd Shift 3-8-73 3-8-73 O.R. Servicemn.3rd - 4,917.72
-----------------------------------------------------------------------------------------------------------------------------------------------
 O. R. Serviceman
 Gregory Ernest Chappell W M 3rd Shift 7-23-73 - 2,349.66
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer
 Floyd E. Stallans W M 1st Shift 8-15-73 - 3,494.89
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer
 Henry D. Byers B M 1st Shift 8-23-73 - 1,778.02
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer
 Randy Alan Howie W M 2nd Shift 10-31-73 - 538.80
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer(PT)
 Tracy Maxton Withers W M 2nd Shift 11-5-73 - 1,665.07
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer(PT)
 Raymond L. Skidmore, Jr. W M 2nd Shift 11-5-73 - 1,052.09
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer(Service)
 Marshall Leon Brown B M 1st Shift 2,148.51 263.78
-----------------------------------------------------------------------------------------------------------------------------------------------
 Page 45

*831
 (Shipping Department Service Roster)
-----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973 
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer
 Fred Broome Morris W M 2nd Shift 11-6-73 168.57 674.74
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer
 Samuel Keith Hovis W M 1st Shift 12-31-73 - 2,936.97
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer
 Richard Mark Stepp W M 2nd Shift 1-5-74 - 598.25
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer(PT)
 Dean-Gilbert Wright W M 2nd Shift 1-7-74 778.71 1,266.16
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer
 John Arthur McDowell B M 1st Shift 1-9-74 339.06 315.22
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer
 Dewey Vester Helms W M 1st Shift 1-24-74 685.84 2,521.97
-----------------------------------------------------------------------------------------------------------------------------------------------
 O. R. Serviceman
 Charles L. Brown B M 2nd Shift 1-28-74 5,720.55 6,253.52
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer
 Charles Gardner B M 2nd Shift 2-4-74 - -
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer
 Harold S. Gilbert W M 1st Shift 2-11-74 272.90 -
-----------------------------------------------------------------------------------------------------------------------------------------------
 Laborer
 Jerry E. Sherrill B M 1st Shift 2-14-74 - 504.87
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------------
 Page 46

*832
 (Shop Length of Service Roster)
-----------------------------------------------------------------------------------------------------------------------------------------------
 JOB DATE DEPT. INITIAL GROSS SALARY
 NAME RACE SEX EDUCATION POSITION OF HIRE DATE JOB POSITION TRANSFER 1972 1973 
-----------------------------------------------------------------------------------------------------------------------------------------------
 Humif. & Refrig.
 Luther S. Abernathy W M 3rd Class 6-22-44 7,652.87 3,481.07
-----------------------------------------------------------------------------------------------------------------------------------------------
 Humif. & Refrig.
 James A. Bradshaw W M 2nd Class 3-19-47 8,122.29 9,203.63
-----------------------------------------------------------------------------------------------------------------------------------------------
 Humif. & Refrig.
 Theodore R. Powell W M 3rd Class 2-25-48 8,939.39 9,868.60
-----------------------------------------------------------------------------------------------------------------------------------------------
 Electrician
 Grady C. Jenkins W M 2nd Class 9-6-48 7,566.26 7,844.15
-----------------------------------------------------------------------------------------------------------------------------------------------
 Carpenter
 Graham Abernathy W M 5th Class 6-29-51 7,075.44 6,963.15
-----------------------------------------------------------------------------------------------------------------------------------------------
 Machinist
 Blair B. Bynum W M 3rd Class 2-7-55 7,877.31 8,969.13
-----------------------------------------------------------------------------------------------------------------------------------------------
 Carpenter
 Lucius J. Holland W M 4th Class 8-14-58 8-14-58 Gen. Shop Work 1st 7,182.12 7,683.26
-----------------------------------------------------------------------------------------------------------------------------------------------
 Machinist
 James Donald Devine W M 2nd Class 3-3-59 3-3-59 Machinist 2nd 9,630.06 10,791.30
-----------------------------------------------------------------------------------------------------------------------------------------------
 Electrician
 Charles E. Handsel W M 3rd Class 5-22-61 5-22-61 Electrician 3rd 8,265.54 9,309.82
-----------------------------------------------------------------------------------------------------------------------------------------------
 Machinist
 Ervin Saul Brafford W M 3rd Class 2-21-66 9,728.03 13,701.50
-----------------------------------------------------------------------------------------------------------------------------------------------
 Fireman/Watchman
 J. B. Wingate B M 11-24-60 9-1-66 Laborer 1st - 7,790.18
-----------------------------------------------------------------------------------------------------------------------------------------------
 Roger Lowe W M Fireman/Watchman 9-26-66 9-26-66 Saunder 1st (shop) - -
-----------------------------------------------------------------------------------------------------------------------------------------------
 Robert Miller W M 8th Machinist 3-25-63 9-30-69 Yarn Man 3rd 9,124.91 11,849.17
-----------------------------------------------------------------------------------------------------------------------------------------------
 Marshall L. Wilkinson W M Machinist 8-1-59 2-22-71 Roving Sect. 2nd 8,350.10 9,362.14
-----------------------------------------------------------------------------------------------------------------------------------------------
 Tony Ray Stilwell W M 12th + college Shop Trainee 9-11-72 9-11-72 Shop Trainee 1st 1,738.24 7,830.07
-----------------------------------------------------------------------------------------------------------------------------------------------
 Bobby K. Abernathy W M Shop Trainee 9-27-72 7,618.39 9,036.38
-----------------------------------------------------------------------------------------------------------------------------------------------
 Larry Dean Haney W M Humif. & Refrig. 10-27-69 7-2-73 Yarn Man 2nd 7,652.31 8,262.27
-----------------------------------------------------------------------------------------------------------------------------------------------
 Page 47

*833 JUDGMENT
This action having come on for trial before the Court, sitting without a jury, and the issues having been duly tried, and Findings of Fact and Conclusions of Law having been entered on November 10, 1975, it is,
HEREBY ORDERED, ADJUDGED AND DECREED:
1. The defendant J. P. Stevens and Company, Inc. (sometimes referred to hereinafter as "Stevens"), its officers, agents, employees, successors, servants and all persons in active concert or participation with them shall be and are hereby permanently enjoined and restrained from discriminating against the plaintiff, plaintiff-intervenors and their class as herein described, because of race and color in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. and 42 U.S.C. § 1981, at Stevens' facilities located in Stanley, North Carolina.
2. This is an appropriate class action brought pursuant to Rule 23(a), (b)(2) of the Federal Rules of Civil Procedure. The class consists of all black employees of Stevens at its Stanley, North Carolina facilities who were hired before July 2, 1965, and who continued in employment with Stanley subsequent to July 2, 1965, and all black employees hired subsequent to July 2, 1965, or who may be employed in the future, who have been or may be affected by the defendant's racially discriminatory employment practices. The class also includes the following subclasses of persons who have been or may be affected by defendant's racially discriminatory employment practices: (a) black employees hired before July 2, 1965, who were initially assigned to warehouse or janitorial positions and who continued in employment subsequent to July 2, 1965; (b) black employees hired subsequent to July 2, 1965, who were initially assigned to warehouse or janitorial positions; (c) black employees who were initially assigned to the warehouse and who were permitted to transfer to a production job with loss of seniority; and (d) black employees who were initially assigned to production jobs at any time subsequent to July 2, 1965.
3. The defendant is permanently enjoined from implementing, maintaining or giving effect to any seniority system, policy or practice, including reliance on departmental or plant seniority, which is designed to or has the effect of discriminating against black persons because of their race and color.
4. The defendant shall be and is hereby enjoined to institute for the plaintiff, plaintiff-intervenors, and all black employees at the Stanley facilities who are or were initially assigned to positions in the warehouse or who are or were initially assigned to positions of sweeper or janitor, company-wide or date of employment seniority for the Stanley facilities for all purposes, including bidding on job vacancies, lay-offs, and shift preferences.
5. The defendant shall be and is hereby enjoined to offer opportunities to all black employees, who were initially assigned to positions in the warehouse or as sweepers or janitors, to transfer to any production job in either plant or to any job in the maintenance department upon any vacancy, and shall select any such employees for such vacant positions upon the basis of their total or company-wide seniority. Any employee who elects to transfer to a production or maintenance position pursuant to the provisions of this order shall be permitted to transfer or "carry over" his total or company-wide seniority for future bidding purposes on job vacancies, shift bids or lay-offs. All such employees who are covered by the provisions of this order shall be allowed at least three such opportunities to transfer to a production or maintenance position. If any employee elects to transfer and for any reason, permitted by the terms of this order, is unable to assume or to perform the job to which he or she is transferred, the *834 employee shall, for a period of 90 days, be permitted to return to the position he or she formerly occupied and shall be permitted to bid at least on two other occasions on vacancies which may occur in production or maintenance jobs, and shall be selected for such positions based on his or her company-wide seniority or date of hire. For purposes of determining an employee's ability to perform a production or maintenance job, the defendant is enjoined to submit to the Court, with copies being served upon counsel for the plaintiff and plaintiff-intervenors, within 30 days from the date of this order, a proposal setting forth objective standards to determine any such employee's ability to perform jobs in production or maintenance.
6. The defendant shall be and is enjoined to "red circle" the salary of any employee who elects to transfer to a job in production or maintenance as provided under the terms of this order, in order to insure that the employee will continue to receive as much as the salary he or she was receiving immediately prior to the transfer. The salary shall continue until the employee promotes to a job paying the same or a higher salary or hourly rate of pay.
7. The defendant shall be and is enjoined to post notices of future job vacancies in production, maintenance, office or clerical and supervisory positions, on bulletin boards in each plant, in maintenance, in the warehouse, and in the office, along with a copy of this decree. Where the Company has received notice that a vacancy will arise, it shall post notice of the vacancy and not permanently fill the job until four working days after posting. In cases where the Company receives no advance notice of a vacancy on a job which needs to be filled immediately to avoid production losses, the Company shall be required to post for two working days prior to permanently filling the job. Vacancies for purposes of this order shall mean any job or work assignment which is expected to exceed two (2) or more weeks duration, including but not limited to work assignment resulting from disability, a scheduled vacation, a leave of absence or a loan or temporary transfer of a regularly assigned job holder.
8. The defendant shall be and is enjoined to modify the seniority or date of hire of all black employees, formerly assigned to the warehouse or janitorial positions, who have elected to transfer to a production job or to a job in maintenance, to show the seniority date for such employees for purposes of promotion, lay-off and shift preferences to be the date of initial hire by Stevens at Stanley.
9. The defendant shall be and is enjoined to offer black employees placement in supervisory positions and in the supervisory trainee programs and, subject to the availability of qualified black employees or applicants, to promote or hire one black employee in a supervisory, shop or maintenance, office and clerical position for every other employee hired for or offered such position, until blacks constitute approximately fifteen (15) percent of the total number of employees in these positions.
10. The defendant shall be and is enjoined to reinstate plaintiff Sherrill as an employee and to assign him to a sectionman position immediately. The defendant may provide a reasonable training period for plaintiff Sherrill, not to exceed two (2) months, before permitting the plaintiff to assume the sectionman's duties. During the training period and thereafter the plaintiff shall be paid the same salary as other sectionmen and shall be allowed to promote to other supervisory positions, based on total or company-wide seniority without consideration of race. In determining the plaintiff's seniority, the defendant shall count the date of his initial employment with the Company and shall include the total time he has been away from Stevens from December 10, 1971, until the date of his reinstatement. The plaintiff *835 shall also be paid all loss of earnings, less any earnings he had in the interim, and all expenses he may have incurred in attempting to obtain other employment. He shall also be paid expenses he may have incurred in assuming other employment in order to reduce his losses. For purposes of determining loss of earnings, plaintiff Sherrill shall be compensated at the rate of a sectionman in production from June 11, 1971, until he is assigned to a sectionman position, together with interest at the rate of 6 percent per annum with appropriate adjustments for his fringe benefits.
11. The defendant shall be and is hereby enjoined to reinstate plaintiffs Robert Costner, Albert McDowell, Ray McDowell and William Jefferies. These employees shall also be offered positions in production, maintenance and office as provided in paragraphs 3, 4, 5, 6, 7 and 8 and shall be awarded their losses of earnings and expenses less any interim earnings, from the date of their discharge on July 29, 1974, until reinstated. Plaintiffs Costner, Albert and Ray McDowell and Jefferies shall also be awarded back pay as provided in paragraph thirteen (13) of this Order.
12. The defendant shall be and is hereby enjoined to pay back pay to all class members who have been employed at the Stanley facilities at any time subsequent to July 22, 1969 (two (2) years prior to the filing of plaintiff Sherrill's first charge of discrimination with the EEOC), who have received less benefits and compensation because of racially discriminatory employment practices of defendant. The determination of back pay for the plaintiff, plaintiff-intervenors and members of the class will be referred to a Master with special instructions for determining back pay by subsequent orders.
13. The defendant, its officers, agents, employees, successors, servants and all persons in active concert or participation with them shall be and are hereby permanently enjoined and restrained from harassing, intimidating, threatening, or taking reprisals against the plaintiff, plaintiff-intervenors or members of their class because of their efforts to exercise their rights as provided by Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. and 42 U.S.C. § 1981, and from pursuing any acts or endorsing, authorizing, or sanctioning any practices which violate § 704(a) of the Act, 42 U.S.C. § 2000e-3(a).
14. The defendant shall maintain appropriate records of all actions taken pursuant to this order and shall allow counsel for the plaintiffs to inspect these records after fifteen (15) days notice.
15. The defendant shall make semiannual reports to the Court, with copies being served upon counsel for the plaintiffs, the first report being due on January 1, 1976, and each six (6) months thereafter for a period of two (2) years. The reports shall contain:
a. A listing of all black employees who have been permitted to transfer to a production or maintenance job, with the date of such transfer, the seniority date of the employee and the rate of pay in the new position.
b. A listing of all supervisory, clerical, office and maintenance vacancies, by title and department, which have occurred since the last report; the name, sex and original hire date of the person or employee selected for each such vacancy; current roster showing name, sex, job title, original hire date and department for supervisory, clerical and maintenance personnel at the Stanley facilities; and the name, sex, job title, department and original hire date of each supervisor, clerical, office and maintenance employee terminated, demoted or transferred from the Stanley plants.
c. A listing of new employees hired since the last report with their *836 race, sex, original hire date, plant shift and job position to which assigned.
d. The racial composition of the production and warehouse employees by plant and department with their seniority dates.
16. The defendant shall give notice of this order to all of its employees at the Stanley facilities by posting copies of this order on bulletin boards in conspicuous places throughout the facilities for a period of ninety (90) days immediately following the entry of this order.
17. The plaintiffs shall be and are hereby awarded their costs in this action, including their expenses and reasonable counsel fees. Counsel for the parties are directed to meet and confer within thirty (30) days from the date of this order for the purpose of agreeing upon costs, reasonable attorneys fees and expenses. Absent such an agreement, counsel for the plaintiffs is directed to file with the Court a statement of time for which counsel fees are claimed and an itemization of costs and expenses. Defendant is directed to file a statement with the Court, with copies being served upon counsel for the plaintiffs, setting forth the basis by which the defendant has compensated its counsel and the dollar amount it has paid or expects to pay its counsel in fees with a separate statement of expenses. If the parties are unable to agree on costs, counsel fees and expenses the respective statements required herein shall be filed with the Court within forty-five (45) days of the entry of this order.
18. The Court shall retain jurisdiction of this matter to issue such other orders and to conduct such other proceedings as may be necessary to effectuate this order.